1  Geoffrey M. Davis (SBN 214692)
2  K&L GATES LLP
   10100 Santa Monica Bl., 8th Floor
3  Los Angeles, CA 90067
4  Telephone: 310.552.5042
   Facsimile: 310.552.5001
5  Email: geoffrey.davis@klgates.com

6
   Daniel M. Eliades (*Pro Hac Vice* Pending)
7  K&L GATES LLP
   One Newark Center, 10th Floor
8  Newark, NJ 07102
9  Telephone: 973.848.4018
   Facsimile: 973.848.4001
10 Email: Daniel.Eliades@klgates.com

11
12 *Attorneys for Defendant, Counterclaimant, and Third Party Plaintiff, Corcoran Group LLC*
13

14              UNITED STATES DISTRICT COURT

15              CENTRAL DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| ELI Realty Investments, LLC, a Nevada limited liability company; Exclusive Lifestyles SoCal, LLC, a California limited liability company; Exclusive Lifestyles San Francisco, Inc., a California corporation; Exclusive Lifestyles Ohio, LLC, an Ohio limited liability company; and Exclusive Lifestyles Las Vegas, LLC, a Nevada limited liability company, <br><br> Plaintiffs, <br><br> vs. <br><br> Corcoran Group, LLC, a Delaware limited liability company; DOES 1 through 10, <br><br> Defendants | Case No. 8:22-CV-01195-JWH-ADS <br><br> **CORCORAN GROUP LLC'S EX PARTE APPLICATION TO SHORTEN TIME FOR HEARING ON MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** |

1

| | |
|---|---|
| 1 | Corcoran Group LLC, |
| 2 |     Counterclaimant and Third Party Plaintiff, |
| 3 | vs. |
| 5 | ELI Realty Investments, LLC; Michael Mahon; Pamela Mahon; MRM Investments, LLC; AIM High Capital Partners, LLC; Libertas Funding LLC; Matek LLC; and DOES 1 - 10, |
| 8 |     Counterclaim Defendants and Third Party Defendants. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that, pursuant to Local Rule 7-19, Fed. R. Civ. P. 6(c) and Local Rule 6-1, Defendant, Counter-Claimant and Third-Party Plaintiff Corcoran Group LLP ("Corcoran") will, and hereby does, respectfully submit this Ex Parte Application Requesting the Court Shorten Time for Hearing on Corcoran's Motion for a Preliminary Injunction.

    Corcoran requests that the Court shorten the time for hearing on Corcoran's Motion for a Preliminary Inunction against:

    a) Plaintiffs ELI Realty Investments, LLC ("ELI Realty"), Exclusive Lifestyles SoCal, LLC ("Exclusive SoCal"), and Exclusive Lifestyles San Francisco, Inc. ("Exclusive San Francisco"); and

    b) Third Party Defendant Libertas Funding LLC ("Libertas").

    This Application is made on the grounds that Corcoran will be irreparably harmed if the Motion for Preliminary Injunction is heard as a regularly noticed motion. In blatant violation of security agreements they conveyed to Corcoran, ELI Realty Exclusive SoCal, Exclusive San Francisco continue to transfer over $100,000 of Corcoran's collateral each week to Libertas, and Libertas continues to collect or accept

such amounts. In the substantive motion for injunctive relief, Corcoran seeks a preliminary injunction: a) enjoining ELI Realty, Exclusive SoCal, and Exclusive San Francisco from further encumbrance, disposition, conveyance, sale or transfer of collateral of Corcoran to Libertas and b) enjoining Libertas from further receipt or collection of Corcoran's collateral.

ELI Realty, Exclusive SoCal, and Exclusive San Francisco Franchisees are admittedly and objectively insolvent. Without the relief requested in the Motion for a Preliminary Injunction, more than $100,000 of Corcoran's collateral will continue to be dissipated each week in violation of the security agreements and the priority structure of the Uniform Commercial Code. This will deepen the insolvency of the subject plaintiffs and further erode (if not eliminate) the ability of Corcoran to collect the millions due to it.

Thus, Corcoran brings this *ex parte* application to shorten time on the hearing on its motion for temporary injunctive relief. Corcoran requests that its Motion for Preliminary Injunction be set for hearing on July 15, 2022, with opposition thereto due no later than Tuesday, July 12, 2022 and Corcoran's reply brief due no later than Wednesday, July 13, 2022.

Notice of this *ex parte* application was given to counsel of record for all Plaintiffs during a telephone conference among counsel for Plaintiffs and counsel for Corcoran that took place between 10:45 and 11:15 a.m. Pacific time on Tuesday, July 5, 2022 as well as by e-mail of July 6, 2022.  Counsel for Plaintiffs indicated that Plaintiffs intend to oppose Corcoran's request for injunctive relief.

Third party defendant, Libertas, was served with the Third Party Complaint in this matter on Thursday, June 30, 2022.  No attorney has appeared for Libertas as of the filing of this ex parte application. Written notice of this *ex parte* application was delivered to Libertas' office and the home of Rick Spear, one of its executives, on July 5, 2022, and copies of the same written notice were also delivered by Federal Express

3

**CORCORAN GROUP LLC'S *EX PARTE* APPLICATION TO SHORTEN TIME FOR HEARING ON MOTION FOR PRELIMINARY INJUNCTIVE RELIEF**
8:22-CV-01195-JWH-ADS

to the same locations on Wednesday, July 6, 2022. No response was received as of the filing of this *ex parte* application.

This *ex parte* application is based on this notice, the accompanying Memorandum of Points and Authorities, the Declaration of Daniel M. Eliades, the Proposed Motion for Preliminary Injunction, the Certification of Stephanie Anton and supporting documents, the records on file with the court, and such other matters as the Court deems proper.

Respectfully submitted,

Dated: July 7, 2022

Geoffrey M. Davis (SBN 214692)
K&L Gates LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, CA 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001
Email: Geoffrey.Davis@klgates.com

Daniel M. Eliades, Esq. (*Pro Hac Vice* Pending)
K&L Gates LLP
One Newark Center, 10th Floor
Newark, NJ 07102
Telephone: 973.848.4018
Facsimile: 973.848.4001
Email: Daniel.Eliades@klgates.com

By: /s/ *Geoffrey M. Davis*
    Geoffrey M. Davis
    *Attorneys for Corcoran Group LLC*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of July, 2022, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system. Any other counsel of record who has not registered as an ECF user will be served by facsimile transmission or first class mail.

K&L GATES LLP

/s/ *Geoffrey M. Davis*
Geoffrey M. Davis
*Attorneys for Corcoran Group LLC*