Geoffrey M. Davis (SBN 214692)
K&L GATES LLP
10100 Santa Monica Bl., 8th Floor
Los Angeles, CA 90067
Telephone: 310.552.5042
Facsimile: 310.552.5001
Email: geoffrey.davis@klgates.com

Daniel M. Eliades (*Pro Hac Vice* Pending)
K&L GATES LLP
One Newark Center, 10th Floor
Newark, NJ 07102
Telephone: 973.848.4018
Facsimile: 973.848.4001
Email: Daniel.Eliades@klgates.com

*Attorneys for Defendant, Counterclaimant, and Third Party Plaintiff, Corcoran Group LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI Realty Investments, LLC, a Nevada limited liability company; Exclusive Lifestyles SoCal, LLC, a California limited liability company; Exclusive Lifestyles San Francisco, Inc., a California corporation; Exclusive Lifestyles Ohio, LLC, an Ohio limited liability company; and Exclusive Lifestyles Las Vegas, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>vs. | Case No. 8:22-CV-01195-JWH-ADS<br><br>**CERTIFICATE OF SERVICE RE: CORCORAN GROUP LLC'S *EX PARTE* APPLICATION TO SHORTEN TIME FOR HEARING ON MOTION FOR TEMPORARY INJUNCTIVE RELIEF AND MOTION FOR A PRELIMINARY INJUNCTION AND SUPPORTING DOCUMENTS** |

| | |
|---|---|
| 1<br>2 | Corcoran Group, LLC, a Delaware limited liability company; DOES 1 through 10, |
| 3 | Defendants |
| 4 | Corcoran Group LLC, |
| 5<br>6 | Counterclaimant and Third Party Plaintiff,<br>vs. |
| 7 | |
| 8<br>9<br>10<br>11 | ELI Realty Investments, LLC; Michael Mahon; Pamela Mahon; MRM Investments, LLC; AIM High Capital Partners, LLC; Libertas Funding LLC; Matek LLC; and DOES 1 - 10, |
| 12 | Counterclaim Defendants and Third Party Defendants. |

The undersigned hereby certifies that a copy of the following documents: 1) *Ex Parte* Application Requesting Shortened Time for Hearing on Motion for a Preliminary Injunction; 2) Memorandum in Support of *Ex Parte* Application; 3) Declaration of Daniel M. Eliades in Support of *Ex Parte* Application (with exhibits); 4) Proposed form of Order Granting Application to Shorten Time for Hearing; 5) Motion for Preliminary Injunction; 6) Memorandum of Law in Support of Motion for Preliminary Injunction; 7) Certification of Stephanie Anton in Support of Motion for Preliminary Injunction (with exhibits); and 8) Proposed form of Order Granting Preliminary Injunction were served in the above-captioned action by overnight mail on July 7, 2022 and by hand delivery on July 8, 2022, inclusive of exhibits, to Libertas Funding LLC at the addresses set forth on the Fed Ex receipts and Affidavits of Process Server attached as **Exhibit "A"** hereto.

CERTIFICATE OF SERVICE RE CORCORAN GROUP LLC'S *EX PARTE* APPLICATION TO SHORTEN TIME FOR HEARING ON MOTION FOR TEMPORARY INJUNCTIVE RELIEF AND MOTION FOR A PRELIMINARY INJUNCTION AND SUPPORTING DOCUMENTS

2

DATED this 11th day of July, 2022.

        Geoffrey M. Davis (SBN 214692)
        K&L Gates LLP
        10100 Santa Monica Boulevard, 8th Floor
        Los Angeles, CA 90067
        Telephone: 310.552.5000
        Facsimile: 310.552.5001
        Email: Geoffrey.Davis@klgates.com

        Daniel M. Eliades, Esq. *(Pro Hac Vice* Pending)
        K&L Gates LLP
        One Newark Center, 10th Floor
        Newark, NJ 07102
        Telephone: 973.848.4018
        Facsimile: 973.848.4001
        Email: Daniel.Eliades@klgates.com

By: */s/ Geoffrey M. Davis*
      Geoffrey M. Davis
      *Attorney for Corcoran Group LLC*

CERTIFICATE OF SERVICE RE CORCORAN GROUP LLC'S *EX PARTE* APPLICATION TO SHORTEN TIME FOR HEARING ON MOTION FOR TEMPORARY INJUNCTIVE RELIEF AND MOTION FOR A PRELIMINARY INJUNCTION AND SUPPORTING DOCUMENTS

3

**CERTIFICATE OF E-FILING AND SERVICE**

The undersigned hereby certifies that on the 11th day of July, 2022, the foregoing document was filed and served on all counsel of record who have consented to electronic service via the Court's CM/ECF system. Any other counsel of record who has not registered as an ECF user will be served by facsimile transmission or first class mail.

K&L Gates LLP


*/s/ Geoffrey M. Davis*
Geoffrey M. Davis
*Attorney for Corcoran Group LLC*