# **EXHIBIT A**

March 26, 2019

**Kaur, Pavneet**

| | |
|---|---|
| From: | TrackingUpdates@fedex.com |
| Sent: | Friday, July 8, 2022 10:08 AM |
| To: | Kaur, Pavneet |
| Subject: | FedEx Shipment 275263027397: Your package has been delivered |



# Hi. Your package was delivered Fri, 07/08/2022 at 10:07am.



Delivered to 411 W PUTNAM AVE 450, GREENWICH, CT 06830

**OBTAIN PROOF OF DELIVERY**

## Personal Message

PSShip eMail Notification

TRACKING NUMBER       275263027397

1

| | |
|---|---|
| **FROM** | K & L Gates |
| | 10100 Santa Monica Blvd |
| | Eighth Floor |
| | Los Angeles, CA, US, 90067 |
| **TO** | Libertas Funding LLC |
| | Gary Katcher Rick Spear |
| | 411 W PUTNAM AVE STE 220 |
| | GREENWICH, CT, US, 06830 |
| **REFERENCE** | 1304537.00048 |
| **SHIPPER REFERENCE** | 1304537.00048 |
| **SHIP DATE** | Thu 7/07/2022 05:10 PM |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | Los Angeles, CA, US, 90067 |
| **DESTINATION** | GREENWICH, CT, US, 06830 |
| **SPECIAL HANDLING** | Deliver Weekday |
| | NSR |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 3.00 LB |
| **SERVICE TYPE** | FedEx Priority Overnight |



## Get the FedEx® Mobile app

Create shipments, receive tracking alerts, redirect packages to a FedEx retail location for pickup, and more from the palm of your hand
- **Download now**.



This tracking update has been requested by:

| | |
|---:|:---|
| **Company name:** | K & L Gates |
| **Name:** | Geoffrey Davis |
| **Email:** | Geoffrey.Davis@klgates.com |

**FOLLOW FEDEX**

      

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:08 AM CDT 07/08/2022.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

3

© 2022 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

**Kaur, Pavneet**

| | |
|---|---|
| From: | TrackingUpdates@fedex.com |
| Sent: | Friday, July 8, 2022 11:04 AM |
| To: | Kaur, Pavneet |
| Subject: | FedEx Shipment 275263079692: Your package has been delivered |



# Hi. Your package was delivered Fri, 07/08/2022 at 11:02am.



Delivered to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, CT 06880

**OBTAIN PROOF OF DELIVERY**

## Personal Message

PSShip eMail Notification

**TRACKING NUMBER**     275263079692

| | |
|---|---|
| **FROM** | K & L Gates |
| | 10100 Santa Monica Blvd |
| | Eighth Floor |
| | Los Angeles, CA, US, 90067 |
| **TO** | Libertas Funding LLC |
| | Rick Spear |
| | ▬▬▬▬▬▬ |
| | ▬▬▬▬▬, CT, US, 06880 |
| **REFERENCE** | 1304537.00048 |
| **SHIPPER REFERENCE** | 1304537.00048 |
| **SHIP DATE** | Thu 7/07/2022 05:10 PM |
| **DELIVERED TO** | Residence |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | Los Angeles, CA, US, 90067 |
| **DESTINATION** | ▬▬▬▬▬, CT, US, 06880 |
| **SPECIAL HANDLING** | Deliver Weekday |
| | Residential Delivery |
| | NSR |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 3.00 LB |
| **SERVICE TYPE** | FedEx Priority Overnight |



## Get the FedEx® Mobile app

Create shipments, receive tracking alerts, redirect packages to a FedEx retail location for pickup, and more from the palm of your hand - **Download now**.



### This tracking update has been requested by:

| | |
|---|---|
| **Company name:** | K & L Gates |
| **Name:** | Geoffrey Davis |
| **Email:** | Geoffrey.Davis@klgates.com |

**FOLLOW FEDEX**

      

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:03 AM CDT 07/08/2022.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

3

© 2022 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our [privacy policy](#). All rights reserved.

Thank you for your business.

# AFFIDAVIT OF SERVICE

State of                                                                                                   County of

Case Number: 8:22-CV-01195-JWH-ADS

Plaintiff:
**ELI REALTY INVESTMENTS, LLC, ET AL**
vs.
Defendant:
**COCCORAN GROUP, LLC**

For: K&L GATES LLP

Received by Conneticut Legal Process Service on the 7th day of July, 2022 at 7:56 pm to be served on **LIBERTAS FUNDING, LLC C/O RICK SPEAR,** ▉▉▉▉▉▉▉▉▉▉ CT 06880. I, ANDREW ESPOSITO, being duly sworn, depose and say that on the **8th** day of **July**, 20**22** at **10:30 A**.m., executed service by delivering a true copy of the **APPLICATION TO SHORTEN TIME AND MOTION FOR PRELIMINARY INJUNCTION** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____

( ) CORPORATE SERVICE: By serving _____ as _____

(X) OTHER SERVICE: As described in the Comments below by serving **Rick SPEAR** as **Agent For Service for Libertas Ventures, LLC**

( ) NON SERVICE: For the reason detailed in the Comments below

COMMENTS: After Knocking Serveral times on the Door I Left at the usual Place of Abode of Said Agent at ▉▉▉▉▉▉▉▉▉▉, CT 06880

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 8th day of July by the affiant who is personally known to me.

Vanessa Zapata
NOTARY PUBLIC

Vanessa Zapata
Notary Public-Connecticut
My Commission Expires
March 31, 2024

PROCESS SERVER # N/A
Appointed in accordance with State Statutes

Conneticut Legal Process Service
50 Brewery St.
#625
New Haven, CT 06530
(203) 903-2807

Our Job Serial Number: 2022000089

Copyright © 1992-2022 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k

## AFFIDAVIT OF SERVICE

State of _____

County of _____

Case Number: 8:22-CV-01195-JWH-ADS

Plaintiff:
**ELI REALTY INVESTMENTS, LLC, ET AL**
vs.
Defendant:
**COCCORAN GROUP, LLC**

For: K&L GATES LLP

Received by Connecticut Legal Process Service on the 7th day of July, 2022 at 7:56 pm to be served on LIBERTAS FUNDING, LLC, 411 WEST PUTNUM AVENUE, STE 220, GREENWICH, CT 06380. I, ANDREW ESPOSITO, being duly sworn, depose and say that on the 8th day of July, 2022 at 9:22 p.m., executed service by delivering a true copy of the APPLICATION TO SHORTEN TIME AND MOTION FOR PRELIMINARY INJUNCTION in accordance with state statutes in the manner marked below:

( ) **PUBLIC AGENCY:** By serving _____ as _____ of the within-named agency.

( ) **SUBSTITUTE SERVICE:** By serving _____ as _____

( ) **CORPORATE SERVICE:** By serving _____ as _____

(X) **OTHER SERVICE:** As described in the Comments below by serving Libertas funding, LLC AT 411 West Putnum Avenue, STE 220, Greenwich, CT 06380

( ) **NON SERVICE:** For the reason detailed in the Comments below.

**COMMENTS:** A Drop Service was made as told By Jane Doe (name Refused) that Rick Spear can only Be Served as no one in the office can Accept Service.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 8th day of July, by the affiant who is personally known to me.

NOTARY PUBLIC  Vanessa Zapata

Vanessa Zapata
Notary Public-Connecticut
My Commission Expires
March 31, 2024

PROCESS SERVER # N/A
Appointed in accordance with State Statutes

Connecticut Legal Process Service
50 Brewery St.
#8251
New Haven, CT 06530
(203) 903-2807

Our Job Serial Number: 2022000090

Copyright © 1992-2022 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k