Daniel M. Eliades, Esq.
K&L GAtes LLP
One Newark Center, 10th Floor
Newark, NJ 07102
daniel.eliades@klgates.com
973-848-4000
Fax: 973-848-4001

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI Realty Investments, LLC, et al.<br><br>Plaintiff(s)<br>v.<br>Corcoran Group LLC, et al.<br><br>Defendant(s). | **CASE NUMBER**<br><br>8:22-cv-01195-JWH(ADSx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [32]** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Eliades, Daniel M.                                   of

*Applicant's Name (Last Name, First Name & Middle Initial)*

973-848-4000                    973-848-4001

*Telephone Number*          *Fax Number*

daniel.eliades@klgates.com

*E-Mail Address*

K&L Gates LLP
One Newark Center, 10th Floor
Newark, NJ 07102

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Corcoran Group LLC

*Name(s) of Party(ies) Represented*

☐ Plaintiff(s)  ☒ Defendant(s)  ☒ Other: 3rd Party Plaintiff

**and designating as Local Counsel**

Davis, Geoffrey M.                                   of

*Designee's Name (Last Name, First Name & Middle Initial)*

SBN 214692          310-552-5000          310-552-5001

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

geoffrey.davis@klgates.com

*E-Mail Address*

K&L Gates LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, CA 90067

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED:  ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: ___

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated**   July 12, 2022

JOHN W. HOLCOMB, U.S. District Judge