# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI Realty Investments, LLC, a Nevada limited liability company; Exclusive Lifestyles SoCal, LLC, a California limited liability company; Exclusive Lifestyles San Francisco, Inc., a California corporation; Exclusive Lifestyles Ohio, LLC, an Ohio limited liability company; and Exclusive Lifestyles Las Vegas, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>Corcoran Group, LLC, a Delaware limited liability company; DOES 1 through 10,<br><br>Defendants. | CASE NO. 8:22-cv-01195-JWH-ADS<br><br>Hon. John W. Holcomb<br><br>**ORDER ON JOINT STIPULATION REGARDING EXTENSION OF TIME FOR COUNTERCLAIM DEFENDANTS AND THIRD-PARTY DEFENDANTS TO RESPOND TO THE COMPLAINT**<br><br>Complaint Filed:   June 21, 2022<br><br>Original Response Date:  July 18, 2022<br><br>First Extended<br>Response Date:   July 29, 2022 |
| Corcoran Group LLC,<br><br>Counterclaimant and Third-Party Plaintiff,<br><br>vs.<br><br>ELI Realty Investments, LLC; Michael Mahon; Pamela Mahon; MRM | |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

4893-8248-6825v1/107283-0001

| | |
|---|---|
| 1 | Investments, LLC; AIM High Capital Partners, LLC; Libertas Funding LLC; Matek LLC; and DOES 1 – 10, |
| 2 | |
| 3 | Counterclaim Defendants and Third-Party Defendants. |
| 4 | |
| 5 | |

Upon consideration of the Joint Stipulation Regarding Extension of Time for Counterclaim Defendant and Third-Party Defendants, and good cause appearing therefore, the Court hereby ORDERS as follows:

1. The requested extension of time for Counterclaim Defendant ELI Realty Investments LLC is **GRANTED**.

2. Counterclaim Defendant and Third-Party Defendants shall file a response to the Counterclaims and Third-Party Complaint no later than July 29, 2022.

**IT IS SO ORDERED.**

DATED: July 15, 2022

Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-
[PROPOSED] ORDER GRANTING JT. STIP RE EXTENSION TO RESPOND
4893-8248-6825v1/107283-0001