STEVEN M. HANLE, SBN 168876
 shanle@stradlinglaw.com
JASON H. ANDERSON, SBN 172087
 janderson@stradlinglaw.com
AHMAD S. TAKOUCHE, SBN 322911
 atakouche@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH
A Professional Corporation
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: 949 725 4000
Facsimile: 949 725 4100

Attorneys for Plaintiffs,
Counterclaim Defendants and Third Party Defendants
ELI Realty Investments, LLC,
Exclusive Lifestyles SoCal, LLC,
Exclusive Lifestyles San Francisco, Inc.,
Exclusive Lifestyles Ohio, LLC,
Exclusive Lifestyles Las Vegas, LLC,
Michael Mahon, Pamela Mahon, MRM Investments, LLC,
AIM High Capital Partners, LLC and Matek LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI Realty Investments, LLC, a Nevada limited liability company; Exclusive Lifestyles SoCal, LLC, a California limited liability company; Exclusive Lifestyles San Francisco, Inc., a California corporation; Exclusive Lifestyles Ohio, LLC, an Ohio limited liability company; and Exclusive Lifestyles Las Vegas, LLC, a Nevada limited liability company, <br><br> Plaintiffs, <br><br> vs. <br><br> Corcoran Group, LLC, a Delaware limited liability company; DOES 1 through 10, <br><br> Defendants. | CASE NO. 8:22-cv-01195-JWH-ADS <br><br> Hon. John W. Holcomb <br><br> **JOINT RESPONSE TO ORDER TO SHOW CAUSE [DKT. 80]** <br><br> Complaint Filed: June 21, 2022 |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

<small>
<small><small><small><small>
</small>

| | |
|---|---|
| Corcoran Group LLC, | |
|     Counterclaimant and Third Party Plaintiff, | |
| vs. | |
| ELI Realty Investments, LLC; Michael Mahon; Pamela Mahon; MRM Investments, LLC; AIM High Capital Partners, LLC; Libertas Funding LLC; Matek LLC; and DOES 1 – 10, | |
|     Counterclaim Defendants and Third Party Defendants. | |

The Parties apologize to the Court for their failure to file their Joint Rule 26(f) Report on or before November 25, 2022.  The Court has now continued the Scheduling Conference to January 6, 2023, and the parties will file their Joint Rule 26(f) Report on or before December 21, 2022, or another date set by the Court.

The circumstances that led to the failure to file the Report on or before November 25 are as follows.  Defendant Corcoran Group, LLC ("Corcoran"), on the one hand, and plaintiffs ELI Realty Investments, LLC, Exclusive Lifestyles SoCal, LLC, Exclusive Lifestyles San Francisco, Inc., Exclusive Lifestyles Ohio, LLC, and Exclusive Lifestyles Las Vegas, LLC, and third-party defendants Michael Mahon, Pamela Mahon, MRM Investments, LLC, AIM High Capital Partners, LLC, and Matek LLC (collectively, the "ELI Parties"), on the other hand, remained in extensive discussions up until November 21, 2022 concerning a series of potential transactions which, if finalized, would have resolved the entire case and obviated the need for further responsive pleadings and a scheduling conference.  The parties' disputes relate to numerous franchise agreements and related agreements and numerous entities.  The resolution being negotiated included a third party's potential acquisition of interests in several of the ELI Parties, and assumption of certain obligations by the third party.  Corcoran, the ELI Parties and the third party exchanged drafts of over a dozen agreements relating to the transactions being discussed.

The negotiations and drafting continued until November 21, 2022, but unfortunately, the negotiations with the third party broke down on November 21.  Without the investment by the third party, a resolution of the case in the near future became extremely unlikely.  Moreover, based on the distressed financial condition of the ELI Parties, it appears extremely unlikely that this case will be litigated on the merits.  The parties have begun to discuss how the ELI Parties' financial condition will impact this case, but that is a rapidly developing circumstance that remains unclear.  The parties anticipate more clarity on how the ELI Parties'

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-
JOINT RESPONSE TO ORDER TO SHOW CAUSE
22-cv-01195

financial condition will impact this case by the time they file the Rule 26(f) Report on or before December 21.

On November 23, Kevin Frankel, counsel for third party defendant Libertas, which was not directly involved in the negotiations described above, sent an email to lead counsel for the ELI Parties and to Corcoran about the status of the negotiations and reminded counsel that the Rule 26(f) report was due on November 25. Steve Hanle, the undersigned lead counsel for the ELI Parties, was traveling with his family in Mexico on November 23-26, and did not view the email from Mr. Frankel until November 25. Upon viewing that email, Mr. Hanle immediately (9:05 a.m. PST) emailed counsel for Corcoran asking whether Corcoran would agree to ask the Court to again continue the scheduling conference in light of the uncertainties described above. Counsel for Corcoran promptly responded that Corcoran would stipulate to continue the scheduling conference, however because of the holiday weekend, was unable to reach his clients to confirm the particulars of a continuance until Monday, November 28.

On November 28, all parties were able to reach agreement on a stipulated continuance of the Scheduling Conference, and filed a stipulation at 3:17 p.m. (Dkt. 79), shortly before the Court issued its Order to Show Cause.

With respect to the ELI Parties, Mr. Hanle takes full responsibility for the failure to file a Rule 26(f) Report when due on November 25. Mr. Hanle had requested that his colleagues at Stradling stand down to conserve the ELI Parties' resources while the parties were attempting to negotiate a resolution. Mr. Hanle personally apologizes to the Court for not filing the Rule 26(f) Report or a request for relief by November 25.

| | | |
|---|---|---|
| DATED: December 1, 2022 | | STRADLING YOCCA CARLSON & RAUTH<br>A Professional Corporation |
| | By: | /s/ Steven M. Hanle<br>Steven M. Hanle<br>Jason H. Anderson<br>Ahmad S. Takouche |

Attorneys for Plaintiffs, Counterclaim Defendants and Third Party Defendants ELI Realty Investments, LLC, Exclusive Lifestyles SoCal, LLC, Exclusive Lifestyles San Francisco, Inc., Exclusive Lifestyles Ohio, LLC, Exclusive Lifestyles Las Vegas, LLC, Michael Mahon, Pamela Mahon, MRM Investments, LLC, AIM High Capital Partners, LLC and Matek LLC

Dated: December 1, 2022       K&L GATES, LLP

By:   /s/ Daniel M. Eliades
         Daniel M. Eliades

Attorneys for Defendant/Counterclaimant and Third Party Plaintiff, Corcoran Group, LLC

Dated: December 1, 2022       MCGUIREWOODS LLP

By:   /s/ Kevin B. Frankel
         Kevin B. Frankel
         Jenny Yi

Attorneys for Third Party Defendant Libertas Funding LLC

-3-
JOINT RESPONSE TO ORDER TO SHOW CAUSE
22-cv-01195

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Daniel M. Eliades, counsel for Corcoran Group, LLC, and Kevin Frankel, attorney for Libertas Funding LLC, and I have obtained the authorization of each to affix his/her electronic signature to this document.

/s/ *Steven M. Hanle*

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-4-
JOINT RESPONSE TO ORDER TO SHOW CAUSE
22-cv-01195