Geoffrey M. Davis (SBN 214692)
Daniel M. Eliades (*Pro Hac Vice*)
William L. Waldman (*Pro hac Vice*)
K&L GATES LLP
10100 Santa Monica Bl., 8th Floor
Los Angeles, CA 90067
Telephone: 310.552.5042
Facsimile: 310.552.5001
Email: geoffrey.davis@klgates.com
       daniel.eliades@klgates.com
       william.waldman@klgates.com

*Attorneys for Defendant, Counterclaimant, and Third Party Plaintiff, Corcoran Group LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI Realty Investments, LLC, a Nevada limited liability company; Exclusive Lifestyles SoCal, LLC, a California limited liability company; Exclusive Lifestyles San Francisco, Inc., a California corporation; Exclusive Lifestyles Ohio, LLC, an Ohio limited liability company; and Exclusive Lifestyles Las Vegas, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>Corcoran Group, LLC, a Delaware limited liability company; DOES 1 through 10,<br><br>Defendants<br><br>Corcoran Group LLC,<br><br>Counterclaimant and Third Party Plaintiff, | Case No. 8:22-CV-01195<br><br>**Further Response to Order to Show Cause by Counsel for Corcoran Group, LLC** |

vs.

ELI Realty Investments, LLC; Michael Mahon Pamela Mahon; MRM Investments, LLC; AIM High Capital Partners, LLC; Libertas Funding LLC; Matek LLC; and DOES 1 - 10,

    Counterclaimant and Third Party Defendants.

Daniel M. Eliades, William L. Waldman and Geoffrey M. Davis of K&L Gates LLP, counsel for Defendant, Counterclaimant and Third Party Plaintiff Corcoran Group, LLC ("Corcoran") hereby submit this supplemental response to the Court's Order to Show Cause (Docket No. 80). The undersigned counsel for Corcoran concur with and join in the Joint Response to Order to Show Cause filed on December 1, 2022 (Docket No. 82). As stated in the Joint Response, until very shortly before the deadline to file the Joint Rule 26(f) Report, the parties were involved in extensive and complex negotiations that also involved a third party, in attempts to resolve this entire lawsuit without the need for a Scheduling Conference or the filing of a Joint Rule 26(f) Report. The Joint Response accurately reflects the parties' discussions and the reasons why the Joint Rule 26(f) Report was not timely filed. Counsel for Corcoran apologize for the inconvenience to the Court, and will work diligently with all other counsel to file a timely Joint Rule 26(f) Report prior to the new Initial Scheduling Conference date. As such, counsel for Corcoran request that the Order to Show Cause be discharged.

Respectfully submitted,

Dated:      December 5, 2022

Geoffrey M. Davis (SBN 214692)
Daniel M. Eliades (*Pro Hac Vice*)
William L. Waldman (*Pro hac Vice*)
K&L GATES LLP
10100 Santa Monica Bl., 8th Floor
Los Angeles, CA 90067
Telephone: 310.552.5042
Facsimile: 310.552.5001
Email: geoffrey.davis@klgates.com
          daniel.eliades@klgates.com
          william.waldman@klgates.com

By:  /s/ *Geoffrey M. Davis*
     Geoffrey M. Davis

     /s/ *Daniel M. Eliades*
     Daniel M Eliades

     /s/ *William L. Waldman*
     William L. Waldman

*Attorneys for Corcoran Group LLC*