| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>GEOFFREY M. DAVIS (SBN 214692)<br>**K&L GATES LLP**<br>10100 Santa Monica Bl., 8th Floor<br>Los Angeles, CA 90067<br>TELEPHONE NO.: (310) 552-5042     FAX NO. (Optional): (310) 552-5001<br>E-MAIL ADDRESS (Optional): geoffrey.davis@klgates.com<br>ATTORNEY FOR (Name): DEFENDANT, COUNTERCLAIMANT, AND THIRD-PARTY PLAINTIFF | ANTA |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| PLAINTIFF/PETITIONER: ELI REALTY INVESTMENTS, LLC, etc.; et al.<br>DEFENDANT/RESPONDENT: CORCORAN GROUP, LLC, etc.; et al. | CASE No.:<br>8:22-CV-01195-JWH-ADS |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>KLGAT-0007044.BB |

*(Separate proof of service is required for each party served.)*

1. At the time of service, I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. [X] Summons On A Third Party Complaint
   b. [ ] Complaint for Demand for Jury Trial
   c. [ ] Civil Cover Sheet
   e. [ ] First Amended Complaint
   f. [ ] Second Amended Complaint
   g. [ ] Third Amended Complaint
   d. [X] Other *(specify documents)*: FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES, COUNTERCLAIMS, AND THIRD-PARTY COMPLAINT OF CORCORAN GROUP LLC; FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES, COUNTERCLAIMS, AND THIRD-PARTY COMPLAINT OF CORCORAN GROUP LLC

3. a. Party served *(specify name of party as shown on documents served)*:
      **EXCLUSIVE LIFESTYLES TAHOE, LLC**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      **STATE AGENT AND TRANSFER SYNDICATE, INC., AGENTS FOR SERVICE By serving KRIS KENNISON, AUTHORIZED TO ACCEPT**

4. Address where the party was served: **112 NORTH CURRY STREET, CARSON CITY, NV 89703**

5. I served the party (check proper box)
   a. [X] **By Personal Service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 12/29/2022    (2) at *(time)*: 2:24 PM

   b. [ ] **By Substituted Service.** On *(date)*:          at *(time)*:          I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3a)*:

      (1) [ ] **(Business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(Home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(Physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
         *(date)*:          from *(city)*:          or [ ] A Declaration of Mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PLAINTIFF/PETITIONER: ELI REALTY INVESTMENTS, LLC, etc.; et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: CORCORAN GROUP, LLC, etc.; e al. | 8:22-CV-01195-JWH-ADS |

5. c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*      (2) from *(city):*

   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)
   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [ ] **By other means** *(specify means of service and authorizing code section):*

   e. [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [ ] On behalf of *(specify):*
   Under the following Code of Civil Procedure section:
   
   [ ] 416.10 (corporation)      [ ] 415.95 (business organization, form unknown)
   [ ] 416.20 (defunct corporation)      [ ] 416.60 (minor)
   [ ] 416.30 (joint stock company/association)      [ ] 416.70 (ward or conservatee)
   [ ] 416.40 (association or partnership)      [ ] 416.90 (authorized person)
   [ ] 416.50 (public entity)      [ ] 415.46 (occupant)
        [ ] Other

7. **Person who served papers**
   a. Name: SAMANTHA CURL (Nevada Process Server) (Registration No.: R-2022-02620 County: Carson)
   b. Address: P.O. Box 861057, Los Angeles, CA 90086
   c. Telephone number: (213) 975-9850
   d. **The fee** for service was: $ 275.00
   e. I am:
      (1) [X] Not a Registered California process server.
      (2) [ ] Exempt from registration under Business and Professions Code section 22350(b).
      (3) [ ] a Registered California process server:
         (i)    [ ] Owner      [ ] Employee      [ ] Independent contractor.
         (ii) Registration No.:
         (iii) County:

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: December 30, 2022

SAMANTHA CURL          ▶          *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

POS-010 [Rev. January 1, 2007]      **PROOF OF SERVICE OF SUMMONS**

American LegalNet, Inc.
www.FormsWorkflow.com