**MCGUIREWOODS LLP**
Kevin B. Frankel (SBN 277840)
kfrankel@mcguirewoods.com
Jenny Yi (SBN 314540)
jyi@mcguirewoods.com
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922

**MCGUIREWOODS LLP**
Tanya L. Greene (SBN 267975)
tgreene@mcguirewoods.com
355 S. Grand Avenue
Suite 4200
Los Angeles, CA 90071-3103
Telephone: 213.457.9840
Facsimile: 213.457.9877

Attorneys for Third Party Defendant
Libertas Funding LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ELI Realty Investments, LLC, a Nevada limited liability company; Exclusive Lifestyles SoCal, LLC, a California limited liability company; Exclusive Lifestyles San Francisco, Inc., a California corporation; Exclusive Lifestyles Ohio, LLC, an Ohio limited liability company; and Exclusive Lifestyles Las Vegas, LLC, a Nevada limited liability company,

Plaintiff,

vs.

Case No. 8:22-CV-01195-JWH-ADS

**LIBERTAS' ANSWER TO COUNTERCLAIMS AND THIRD PARTY COMPLAINT OF CORCORAN GROUP LLC**

| | |
|---|---|
| Corcoran Group, LLC, a Delaware limited liability company; DOES 1 through 10,<br><br>Defendant. | |
| Corcoran Group LLC,<br><br>Cross-Complainant and Third Party Plaintiff,<br><br>vs.<br><br>ELI Realty Investments, LLC; Michael Mahon; Pamela Mahon; MRM Investments, LLC; AIM High Capital Partners, LLC; Libertas Funding LLC; Matek LLC; Exclusive Lifestyles SoCal, LLC; Exclusive Lifestyles San Francisco, Inc.; Exclusive Lifestyles Ohio, LLC; Exclusive Lifestyles Las Vegas, LLC; Exclusive Lifestyles Tahoe, LLC; and DOES 1 – 10,<br><br>Cross-Defendant. | |

Third Party Defendant Libertas Funding LLC ("Libertas") answers the First Amended Third Party Complaint ("ATPC") of Defendant-Counterclaim Plaintiff Corcoran Group LLC ("Corcoran") as follows:

## PRELIMINARY STATEMENT

Libertas provides this Answer based on a reasonable inquiry and its knowledge to date. Investigations into the matters that are the subject of this ATPC are ongoing. Accordingly, Libertas reserves the right to amend, supplement, revise,

///

///

///

///

clarify, or correct the responses below after those investigations have concluded.[1]

## PARTIES, JURISDICTION AND VENUE

1. Answering paragraph 1, the allegations are not directed to Libertas and therefore no response is required.

2. Answering paragraph 2, the allegations are not directed to Libertas and therefore no response is required.

3. Answering paragraph 3, the allegations are not directed to Libertas and therefore no response is required.

4. Answering paragraph 4, the allegations are not directed to Libertas and therefore no response is required.

5. Answering paragraph 5, the allegations are not directed to Libertas and therefore no response is required.

6. Answering paragraph 6, the allegations are not directed to Libertas and therefore no response is required.

7. Answering paragraph 7, the allegations are not directed to Libertas and therefore no response is required.

8. Answering paragraph 8, the allegations are not directed to Libertas and therefore no response is required.

9. Answering paragraph 9, the allegations are not directed to Libertas and therefore no response is required.

10. Answering paragraph 10, the allegations are not directed to Libertas and therefore no response is required.

---

[1] For the avoidance of doubt, Libertas denies any allegation not otherwise expressly admitted here. Further, Libertas is not required to respond to any allegations against or directed towards other Counterclaim Defendants, the headings, sub-headings, appendices, or footnotes of the ATPC, but, to the extent any response is required, unless otherwise expressly stated here, Libertas denies any such allegations.

11. Answering paragraph 11, the allegations are not directed to Libertas and therefore no response is required.

12. Answering paragraph 12, the allegations are not directed to Libertas and therefore no response is required.

13. Answering paragraph 13, Libertas admits that it is a limited liability company organized and existing under the laws of the State of Connecticut, with its principal place of business located at 411 West Putnam Avenue, Suite 220, Greenwich, Connecticut 06380. Libertas further admits that Gary Katcher, Rick Spear, and Craig Paul are members of Libertas Funding LLC and are all are residents of the State of Connecticut.

14. Answering paragraph 14, the allegations are not directed to Libertas and therefore no response is required.

15. Answering paragraph 15, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks information or knowledge sufficient to form a belief as to the truth of the allegations, and on that basis, denies them.

16. Answering paragraph 16, this paragraph asserts a legal conclusion to which no response is required. To the extent a response is required, Libertas lacks information or knowledge sufficient to form a belief as to the truth of the allegations, and on that basis, denies them.

17. Answering paragraph 17, this paragraph asserts a legal conclusion to which no response is required. To the extent a response is required, Libertas lacks information or knowledge sufficient to form a belief as to the truth of the allegations, and on that basis, denies them.

## ALLEGATIONS COMMON TO ALL COUNTS

**A. Overview.**

18. Answering paragraph 18, Libertas states that it is an explanatory statement by Corcoran to which no response is required. To the extent any response

is required, Libertas lacks sufficient knowledge or information to admit or deny the allegations, and on that basis, denies them.

19. Answering paragraph 19, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

20. Answering paragraph 20, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

21. Answering paragraph 21, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

22. Answering paragraph 22, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

23. Answering paragraph 23, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

24. Answering paragraph 24, to the extent the allegations of this paragraph purport to describe written agreements, those documents in writing are the best evidence of their contents. To the extent the allegations of this paragraph contradict or mischaracterize those documents, they are expressly denied. Additionally, to the extent this paragraph asserts a legal conclusion or is not directed to Libertas, no response is required. To the extent a response is required, Libertas lacks sufficient

knowledge or information to form a belief as to the truth of the remaining allegations and on that basis, denies them.

25. Answering paragraph 25, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

26. Answering paragraph 26, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

27. Answering paragraph 27, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

28. Answering paragraph 28, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

**B. The Corcoran Marks and System.**

29. Answering paragraph 29, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

30. Answering paragraph 30, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

///

31. Answering paragraph 31, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

32. Answering paragraph 32, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

**C. The ELI Realty Franchise Agreement.**

33. Answering paragraph 33, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

34. Answering paragraph 34, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

35. Answering paragraph 35, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

36. Answering paragraph 36, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

37. Answering paragraph 37, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

38. Answering paragraph 38, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

39. Answering paragraph 39, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

40. Answering paragraph 40, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

41. Answering paragraph 41, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

42. Answering paragraph 42, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

43. Answering paragraph 43, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

**D. The ELI Realty Guaranty.**

44. Answering paragraph 44, Libertas states that it is an explanatory statement by Corcoran to which no response is required. To the extent any response is required, Libertas lacks sufficient knowledge or information to admit or deny the

allegations, and on that basis, denies them.

45. Answering paragraph 45, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

46. Answering paragraph 46, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

47. Answering paragraph 47, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

48. Answering paragraph 48, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

49. Answering paragraph 49, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

**E. <u>The Corcoran Loans and the ELI Realty Notes</u>.**

50. Answering paragraph 50, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

51. Answering paragraph 51, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas

lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

52. Answering paragraph 52, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

53. Answering paragraph 53, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

54. Answering paragraph 54, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

55. Answering paragraph 55, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

56. Answering paragraph 56, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

57. Answering paragraph 57, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

58. Answering paragraph 58, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas

lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

**F. <u>The ELI Realty Security Agreement</u>.**

59. Answering paragraph 59, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

60. Answering paragraph 60, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

61. Answering paragraph 61, Libertas states that this paragraph asserts a legal conclusion, no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations and on that basis, denies them.

62. Answering paragraph 62, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

63. Answering paragraph 63, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

64. Answering paragraph 64, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

65. Answering paragraph 65, the allegations are not directed to Libertas

and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

**G. The ELI Realty JV Equity Interests.**

66. Answering paragraph 66, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

67. Answering paragraph 67, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

**II. The Exclusive San Francisco – Corcoran Agreements.**

68. Answering paragraph 68, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

69. Answering paragraph 69, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

70. Answering paragraph 70, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

71. Answering paragraph 71, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the

allegations, and on that basis, denies them.

72. Answering paragraph 72, the allegations are not directed to Libertas and therefore no response is required. Further, to the extent this paragraph asserts a legal conclusion, no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

**I. <u>The Exclusive SoCal – Corcoran Agreements</u>.**

73. Answering paragraph 73, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

74. Answering paragraph 74, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

75. Answering paragraph 75, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

76. Answering paragraph 76, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

77. Answering paragraph 77, the allegations are not directed to Libertas and therefore no response is required. Further, to the extent this paragraph asserts a legal conclusion, no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

**J. <u>The Exclusive Las Vegas – Corcoran Agreements</u>.**

78. Answering paragraph 78, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

79. Answering paragraph 79, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

80. Answering paragraph 80, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

81. Answering paragraph 81, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

82. Answering paragraph 82, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

83. Answering paragraph 83, the allegations are not directed to Libertas and therefore no response is required. Further, to the extent this paragraph asserts a legal conclusion, no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

**K. <u>The Exclusive Tahoe – Corcoran Agreements</u>.**

84. Answering paragraph 84, the allegations are not directed to Libertas

and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

85. Answering paragraph 85, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

86. Answering paragraph 86, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

87. Answering paragraph 87, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

88. Answering paragraph 88, the allegations are not directed to Libertas and therefore no response is required. Further, to the extent this paragraph asserts a legal conclusion, no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

89. Answering paragraph 89, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

90. Answering paragraph 90, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

91. Answering paragraph 91, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

**L. <u>The Exclusive Ohio – Corcoran Agreements</u>.**

92. Answering paragraph 92, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

93. Answering paragraph 93, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

94. Answering paragraph 94, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

95. Answering paragraph 95, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

96. Answering paragraph 96, the allegations are not directed to Libertas and therefore no response is required. Further, to the extent this paragraph asserts a legal conclusion, no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

**M. <u>ELI Realty Franchise Agreement and Note Defaults – Monetary</u>.**

97. Answering paragraph 97, the allegations are not directed to Libertas

and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

98. Answering paragraph 98, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

99. Answering paragraph 99, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

100. Answering paragraph 100, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

101. Answering paragraph 101, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

102. Answering paragraph 102, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

**N. Security Agreement and Note Defaults – Sale of Corcoran Collateral to Libertas.**

103. Answering paragraph 103, this paragraph asserts a legal conclusion, to which no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations,

and on that basis, denies them.

104. Answering paragraph 104, this paragraph asserts a legal conclusion, to which no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

105. Answering paragraph 105, to the extent this paragraph quotes or summarizes the (i) Agreement of Sale of Future Receipts dated December 8, 2021; (ii) Agreement of Sale of Future Receipts dated February 18, 2022; and (iii) Agreement of Sale of Future Receipts dated April 13, 2022 (collectively, the "Libertas Agreements"), those documents in writing are the best evidence of what they contain. To the extent the allegations of this paragraph contradict or mischaracterize those documents, they are expressly denied.

106. Answering paragraph 106, to the extent this paragraph quotes or summarizes the Agreement of Sale of Future Receipts dated December 8, 2021, the document in writing is the best evidence of what it contains. To the extent the allegations of this paragraph contradict or mischaracterize that document, they are expressly denied.

107. Answering paragraph 107, to the extent this paragraph quotes or summarizes the Agreement of Sale of Future Receipts dated December 8, 2021, the document in writing is the best evidence of what it contains. To the extent the allegations of this paragraph contradict or mischaracterize that document, they are expressly denied.

108. Answering paragraph 108, to the extent this paragraph quotes or summarizes the Agreement of Sale of Future Receipts dated February 18, 2022, the document in writing is the best evidence of what it contains. To the extent the allegations of this paragraph contradict or mischaracterize that document, they are expressly denied.

109. Answering paragraph 109, to the extent this paragraph quotes or

summarizes the Agreement of Sale of Future Receipts dated February 18, 2022, the document in writing is the best evidence of what it contains. To the extent the allegations of this paragraph contradict or mischaracterize that document, they are expressly denied.

110. Answering paragraph 110, to the extent this paragraph quotes or summarizes the Agreement of Sale of Future Receipts dated April 13, 2022, the document in writing is the best evidence of what it contains. To the extent the allegations of this paragraph contradict or mischaracterize that document, they are expressly denied.

111. Answering paragraph 111, to the extent this paragraph quotes or summarizes the Agreement of Sale of Future Receipts dated April 13, 2022, the document in writing is the best evidence of what it contains. To the extent the allegations of this paragraph contradict or mischaracterize that document, they are expressly denied.

112. Answering paragraph 112, to the extent this paragraph quotes or summarizes the Libertas Agreements, the documents in writing are the best evidence of what they contain. To the extent the allegations of this paragraph contradict or mischaracterize those documents, they are expressly denied.

113. Answering paragraph 113, to the extent this paragraph quotes or summarizes the Libertas Agreements, the documents in writing are the best evidence of what they contain. To the extent the allegations of this paragraph contradict or mischaracterize those documents, they are expressly denied.

114. Answering paragraph 114, to the extent this paragraph quotes or summarizes the Libertas Agreements, the documents in writing are the best evidence of what they contain. To the extent the allegations of this paragraph contradict or mischaracterize those documents, they are expressly denied.

115. Answering paragraph 115, to the extent this paragraph quotes or summarizes the Libertas Agreements, the documents in writing are the best evidence

of what they contain. To the extent the allegations of this paragraph contradict or mischaracterize those documents, they are expressly denied.

116. Answering paragraph 116, the allegations in this paragraph are admitted.

117. Answering paragraph 117, this paragraph asserts a legal conclusion, to which no response is required. To the extent a response is required, Libertas denies the allegations.

118. Answering paragraph 118, this paragraph asserts a legal conclusion, to which no response is required. To the extent a response is required, Libertas denies the allegations.

119. Answering paragraph 119, this paragraph asserts a legal conclusion, to which no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

120. Answering paragraph 120, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

121. Answering paragraph 121, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

122. Answering paragraph 122, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

123. Answering paragraph 123, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas

lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

124. Answering paragraph 124, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

125. Answering paragraph 125, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

126. Answering paragraph 126, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

**O. <u>Franchise Agreement Defaults by JV Franchisees</u>.**

127. Answering paragraph 127, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

128. Answering paragraph 128, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

129. Answering paragraph 129, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

130. Answering paragraph 130, the allegations are not directed to Libertas

and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

131. Answering paragraph 131, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

132. Answering paragraph 132, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

133. Answering paragraph 133, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

134. Answering paragraph 134, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

**P. The Mortgage Company Transfer.**

135. Answering paragraph 135, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

136. Answering paragraph 136, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

137. Answering paragraph 137, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

138. Answering paragraph 138, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

139. Answering paragraph 139, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

140. Answering paragraph 140, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

**Q. <u>The Title Company Transfer</u>.**

141. Answering paragraph 141, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

142. Answering paragraph 142, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

143. Answering paragraph 143, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the

allegations, and on that basis, denies them.

144. Answering paragraph 144, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

145. Answering paragraph 145, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

146. Answering paragraph 146, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

**R. Distributions, Bonuses and Transfers to Insiders.**

147. Answering paragraph 147, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

148. Answering paragraph 148, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

149. Answering paragraph 149, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

**S. The Court Approved Stipulation and Breach Thereof.**

150. Answering paragraph 150, to the extent the allegations of this paragraph

purport to summarize the documents filed and orders entered in this matter, those are documents in writing and are the best evidence of what they contain. To the extent the allegations of this paragraph contradict or mischaracterize the documents, they are expressly denied.

151. Answering paragraph 151, to the extent the allegations of this paragraph purport to summarize the documents filed and orders entered in this matter, those are documents in writing and are the best evidence of what they contain. To the extent the allegations of this paragraph contradict or mischaracterize the documents, they are expressly denied.

152. Answering paragraph 152, to the extent the allegations of this paragraph purport to summarize the Stipulation, that document is in writing and is the best evidence of what it contains. To the extent the allegations of this paragraph contradict or mischaracterize the document, they are expressly denied.

153. Answering paragraph 153, to the extent the allegations of this paragraph purport to summarize the Stipulation, that document is in writing and is the best evidence of what it contains. To the extent the allegations of this paragraph contradict or mischaracterize the document, they are expressly denied.

154. Answering paragraph 154, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

155. Answering paragraph 155, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

**T. Corcoran's Termination of the ELI Realty Franchise Agreement and Demand for Compliance with the ELI Realty Security Agreement.**

156. Answering paragraph 156, the allegations are not directed to Libertas

and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

157. Answering paragraph 157, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

158. Answering paragraph 158, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

159. Answering paragraph 159, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

160. Answering paragraph 160, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

161. Answering paragraph 161, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

162. Answering paragraph 162, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

163. Answering paragraph 163, the allegations are not directed to Libertas

and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

164. Answering paragraph 164, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

165. Answering paragraph 165, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

166. Answering paragraph 166, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

167. Answering paragraph 167, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

168. Answering paragraph 168, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

169. Answering paragraph 169, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

170. Answering paragraph 170, the allegations are not directed to Libertas

and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

171. Answering paragraph 171, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

172. Answering paragraph 172, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

173. Answering paragraph 173, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

174. Answering paragraph 174, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

175. Answering paragraph 175, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

176. Answering paragraph 176, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

///

**U. Corcoran's Termination of the San Francisco Franchise Agreement and Demand for Compliance with the Exclusive San Francisco Security Agreement.**

177. Answering paragraph 177, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

178. Answering paragraph 178, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

179. Answering paragraph 179, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

180. Answering paragraph 180, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

181. Answering paragraph 181, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

182. Answering paragraph 182, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

183. Answering paragraph 183, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas

lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

184. Answering paragraph 184, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

185. Answering paragraph 185, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

186. Answering paragraph 186, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

187. Answering paragraph 187, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

188. Answering paragraph 188, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

189. Answering paragraph 189, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

190. Answering paragraph 190, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas

lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

191. Answering paragraph 191, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

192. Answering paragraph 192, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

193. Answering paragraph 193, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

194. Answering paragraph 194, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

195. Answering paragraph 195, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

196. Answering paragraph 196, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

197. Answering paragraph 197, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas

lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

**V. <u>Corcoran's Termination of the SoCal Franchise Agreement and Demand for Compliance with the Exclusive SoCal Security Agreement</u>.**

198. Answering paragraph 198, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

199. Answering paragraph 199, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

200. Answering paragraph 200, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

201. Answering paragraph 201, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

202. Answering paragraph 202, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

203. Answering paragraph 203, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

204. Answering paragraph 204, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

205. Answering paragraph 205, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

206. Answering paragraph 206, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

207. Answering paragraph 207[2], the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

208. Answering paragraph 208, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

209. Answering paragraph 209, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

///

---

[2] The Amended Third Party Complaint incorrectly lists this paragraph as “207” and “206,” for clarity Libertas numbers refers to this paragraph as “207.”

210. Answering paragraph 210, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

211. Answering paragraph 211, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

212. Answering paragraph 212, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

213. Answering paragraph 213, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

214. Answering paragraph 214, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

215. Answering paragraph 215, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

216. Answering paragraph 216, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

217. Answering paragraph 217, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

218. Answering paragraph 218, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

**W. Corcoran's Termination of the Ohio Franchise Agreement and Demand for Compliance with the Exclusive Ohio Security Agreement.**

219. Answering paragraph 219, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

220. Answering paragraph 220, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

221. Answering paragraph 221, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

222. Answering paragraph 222, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

223. Answering paragraph 223, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas

lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

224. Answering paragraph 224, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

225. Answering paragraph 225, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

226. Answering paragraph 226, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

227. Answering paragraph 227, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

228. Answering paragraph 228, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

229. Answering paragraph 229, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

230. Answering paragraph 230, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas

lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

231. Answering paragraph 231, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

232. Answering paragraph 232, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

233. Answering paragraph 233, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

234. Answering paragraph 234, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

235. Answering paragraph 235, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

236. Answering paragraph 236, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

237. Answering paragraph 237, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas

lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

238. Answering paragraph 238, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

239. Answering paragraph 239, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

## X. Corcoran's Termination of the Las Vegas Franchise Agreement and Demand for Compliance with the Exclusive Las Vegas Security Agreement.

240. Answering paragraph 240, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

241. Answering paragraph 241, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

242. Answering paragraph 242, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

243. Answering paragraph 243, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

244. Answering paragraph 244, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

245. Answering paragraph 245, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

246. Answering paragraph 246, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

247. Answering paragraph 247, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

248. Answering paragraph 248, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

249. Answering paragraph 249, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

250. Answering paragraph 250, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

251. Answering paragraph 251, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

252. Answering paragraph 252, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

253. Answering paragraph 253, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

254. Answering paragraph 254, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

255. Answering paragraph 255, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

256. Answering paragraph 256, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

257. Answering paragraph 257, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

258. Answering paragraph 258, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

259. Answering paragraph 259, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

260. Answering paragraph 260, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

**Y. Corcoran's Termination of the Tahoe Franchise Agreement.**

261. Answering paragraph 261, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

262. Answering paragraph 262, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

263. Answering paragraph 263, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

264. Answering paragraph 264, the allegations are not directed to Libertas and therefore no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the

allegations, and on that basis, denies them.

**FIRST COUNT**

**(Accounting: ELI Realty)**

265. In answering Paragraphs 265 through 272 and the unnumbered "WHEREFORE" paragraph, this cause of action—and thus the corresponding allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, denies them.

**SECOND COUNT**

**(Breach of Contract: ELI Realty Franchise Agreement)**

273. In answering Paragraphs 273 through 289 and the unnumbered "WHEREFORE" paragraph, this cause of action—and thus the corresponding allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, denies them.

**FIFTH COUNT**

**(Unjust Enrichment: ELI Realty)**

290. In answering Paragraphs 290 through 293 and the unnumbered "WHEREFORE" paragraph, this cause of action—and thus the corresponding allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, denies them.

**SIXTH COUNT**

**(Breach of Contract: ELI Realty Guaranty)**

294. In answering Paragraphs 294 through 298 and the unnumbered

"WHEREFORE" paragraph, this cause of action—and thus the corresponding allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, denies them.

## SEVENTH COUNT

## (Tortious Interference: Michael Mahon)

299. In answering Paragraphs 299 through 315 and the unnumbered "WHEREFORE" paragraph, this cause of action—and thus the corresponding allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, denies them.

## EIGHTH COUNT

## (Enforcement of Security Interests in Accounts Receivables – ELI Realty/Libertas)

316. Answering paragraph 316, Libertas incorporates its responses to paragraphs 1 through 315 as if fully set forth here.

317. Answering paragraph 317, this paragraph asserts a legal conclusion, to which no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

318. Answering paragraph 318, to the extent the allegations of this paragraph purport to describe the ELI Realty Security Agreement, the document in writing is the best evidence of what it contains. To the extent the allegations of this paragraph contradict or mischaracterize that document, they are expressly denied. Additionally, to the extent this paragraph asserts a legal conclusion or is not directed to Libertas, no response is required. To the extent a response is required, Libertas lacks sufficient

knowledge or information to form a belief as to the truth of the remaining allegations and on that basis, denies them.

319. Answering paragraph 319, this paragraph asserts a legal conclusion, to which no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

320. Answering paragraph 320, to the extent the allegations of this paragraph purport to describe written documents, the documents in writing are the best evidence of what they contain. To the extent the allegations of this paragraph contradict or mischaracterize those documents, they are expressly denied. Additionally, to the extent this paragraph asserts a legal conclusion or is not directed to Libertas, no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations and on that basis, denies them.

321. Answering paragraph 321, Libertas denies the allegations.

322. Answering paragraph 322, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

323. Answering paragraph 323, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

324. Answering paragraph 324, Libertas denies the allegations.

Answering the unnumbered **"WHEREFORE"** paragraph, this paragraph contains Corcoran's demand, to which no response is required. To the extent a response is required, Libertas denies Corcoran is entitled to any relief from Libertas in this action.

///

///

## NINTH COUNT

**(Enforcement of Security Interests in Accounts Receivables – Exclusive SoCal/Libertas)**

325. Answering paragraph 316, Libertas incorporates its responses to paragraphs 1 through 325 as if fully set forth here.

326. Answering paragraph 326, this paragraph asserts a legal conclusion, to which no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

327. Answering paragraph 318, to the extent the allegations of this paragraph purport to describe the Exclusive SoCal Security Agreement, the document in writing is the best evidence of what it contains. To the extent the allegations of this paragraph contradict or mischaracterize that document, they are expressly denied. Additionally, to the extent this paragraph asserts a legal conclusion or is not directed to Libertas, no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations and on that basis, denies them.

328. Answering paragraph 328, this paragraph asserts a legal conclusion, to which no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

329. Answering paragraph 329, to the extent the allegations of this paragraph purport to describe written documents, the documents in writing are the best evidence of what they contain. To the extent the allegations of this paragraph contradict or mischaracterize those documents, they are expressly denied. Additionally, to the extent this paragraph asserts a legal conclusion or is not directed to Libertas, no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the

remaining allegations and on that basis, denies them.

330. Answering paragraph 330, Libertas denies the allegations.

331. Answering paragraph 331, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

332. Answering paragraph 332, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

333. Answering paragraph 333, Libertas denies the allegations.

Answering the unnumbered **"WHEREFORE"** paragraph, this paragraph contains Corcoran's demand, to which no response is required. To the extent a response is required, Libertas denies Corcoran is entitled to any relief from Libertas in this action.

## TENTH COUNT

**(Enforcement of Security Interests in Accounts Receivables – Exclusive San Francisco/Libertas)**

334. Answering paragraph 334, Libertas incorporates its responses to paragraphs 1 through 334 as if fully set forth here.

335. Answering paragraph 335, this paragraph asserts a legal conclusion, to which no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

336. Answering paragraph 336, to the extent the allegations of this paragraph purport to describe the Exclusive San Francisco Security Agreement, the document in writing is the best evidence of what it contains. To the extent the allegations of this paragraph contradict or mischaracterize that document, they are expressly denied. Additionally, to the extent this paragraph asserts a legal conclusion or is not directed to Libertas, no response is required. To the extent a response is required,

Libertas lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations and on that basis, denies them.

337. Answering paragraph 337, this paragraph asserts a legal conclusion, to which no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

338. Answering paragraph 338, to the extent the allegations of this paragraph purport to describe written documents, the documents in writing are the best evidence of what they contain. To the extent the allegations of this paragraph contradict or mischaracterize those documents, they are expressly denied. Additionally, to the extent this paragraph asserts a legal conclusion or is not directed to Libertas, no response is required. To the extent a response is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations and on that basis, denies them.

339. Answering paragraph 339, Libertas denies the allegations.

340. Answering paragraph 340, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

341. Answering paragraph 341, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

342. Answering paragraph 342, Libertas denies the allegations.

Answering the unnumbered **"WHEREFORE"** paragraph, this paragraph contains Corcoran's demand, to which no response is required. To the extent a response is required, Libertas denies Corcoran is entitled to any relief from Libertas in this action.

///

///

## ELEVENTH COUNT

**(Fraudulent Conveyance: Libertas Agreements - Cal. Civ. Code § 3439.04(a)(2))**

343. Answering paragraph 343, Libertas incorporates its responses to paragraphs 1 through 342 as if fully set forth here.

344. Answering paragraph 344, Libertas denies these allegations.

345. Answering paragraph 345, Libertas denies these allegations.

346. Answering paragraph 346, Libertas denies these allegations.

347. Answering paragraph 347, Libertas denies these allegations.

348. Answering paragraph 348, Libertas denies these allegations.

349. Answering paragraph 349, this paragraph asserts a legal conclusion, to which no response is required. To the extent a response is required, Libertas denies them.

Answering the unnumbered **"WHEREFORE"** paragraph, this paragraph contains Corcoran's demand, to which no response is required. To the extent a response is required, Libertas denies Corcoran is entitled to any relief from Libertas in this action.

## TWELFTH COUNT

**(Fraudulent Conveyance: Libertas Agreements - Cal. Civ. Code § 3439.04(a)(1))**

350. Answering paragraph 350, Libertas incorporates its responses to paragraphs 1 through 349 as if fully set forth here.

351. Answering paragraph 351, Libertas denies these allegations.

352. Answering paragraph 352, this paragraph asserts a legal conclusion, to which no response is required. To the extent a response is required, Libertas denies the allegations.

Answering the unnumbered **"WHEREFORE"** paragraph, this paragraph contains Corcoran's demand, to which no response is required. To the extent a

response is required, Libertas denies Corcoran is entitled to any relief from Libertas in this action.

**THIRTEENTH COUNT**

**(Fraudulent Conveyance: Libertas Agreements - Cal. Civ. Code § 3439.05(a))**

353. Answering paragraph 353, Libertas incorporates its responses to paragraphs 1 through 352 as if fully set forth here.

354. Answering paragraph 354, Libertas denies these allegations.

355. Answering paragraph 355, Libertas denies these allegations.

356. Answering paragraph 356, this paragraph asserts a legal conclusion, to which no response is required. To the extent a response is required, Libertas denies them.

Answering the unnumbered **"WHEREFORE"** paragraph, this paragraph contains Corcoran's demand, to which no response is required. To the extent a response is required, Libertas denies Corcoran is entitled to any relief from Libertas in this action.

**FOURTEENTH COUNT**

**(Fraudulent Conveyance: Mortgage Company Transfer - Cal. Civ. Code § 3439.04(a)(2))**

357. In answering Paragraphs 357 through 362 and the unnumbered "WHEREFORE" paragraph, this cause of action—and thus the corresponding allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, denies them.

**FIFTEENTH COUNT**

**(Fraudulent Conveyance: Mortgage Company Transfer - Cal. Civ. Code § 3439.04(a)(1))**

363. In answering Paragraphs 363 through 365 and the unnumbered

"WHEREFORE" paragraph, this cause of action—and thus the corresponding allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, denies them.

**SIXTEENTH COUNT**

**(Fraudulent Conveyance: Mortgage Company Transfer - Cal. Civ. Code § 3439.05(a))**

366. In answering Paragraphs 366 through 369 and the unnumbered "WHEREFORE" paragraph, this cause of action—and thus the corresponding allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, denies them.

**SEVENTEENTH COUNT**

**(Fraudulent Conveyance: Title Company Transfers - Cal. Civ. Code § 3439.04(a)(2))**

370. In answering Paragraphs 370 through 375 and the unnumbered "WHEREFORE" paragraph, this cause of action—and thus the corresponding allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, denies them.

**EIGHTEENTH COUNT**

**(Fraudulent Conveyance: Title Company Transfers - Cal. Civ. Code § 3439.04(a)(1))**

376. In answering Paragraphs 376 through 378 and the unnumbered "WHEREFORE" paragraph, this cause of action—and thus the corresponding

allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, denies them.

**NINETEENTH COUNT**

**(Fraudulent Conveyance: Title Company Transfers - Cal. Civ. Code § 3439.05(a))**

379. In answering Paragraphs 379 through 382 and the unnumbered "WHEREFORE" paragraph, this cause of action—and thus the corresponding allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, denies them.

**TWENTIETH COUNT**

**(Fraudulent Conveyance: Insider Transfers - Cal. Civ. Code § 3439.04(a)(2))**

383. In answering Paragraphs 383 through 387 and the unnumbered "WHEREFORE" paragraph, this cause of action—and thus the corresponding allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, denies them.

**TWENTY-FIRST COUNT**

**(Fraudulent Conveyance: Insider Transfers - Cal. Civ. Code § 3439.04(a)(1))**

388. In answering Paragraphs 388 through 390 and the unnumbered "WHEREFORE" paragraph, this cause of action—and thus the corresponding allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the

allegations and, on that basis, denies them.

**TWENTY-SECOND COUNT**

**(Fraudulent Conveyance: Insider Transfers - Cal. Civ. Code § 3439.05(a))**

391. In answering Paragraphs 391 through 394 and the unnumbered "WHEREFORE" paragraph, this cause of action—and thus the corresponding allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, denies them.

**TWENTY-THIRD COUNT**

**(Constructive Trust)**

395. In answering Paragraphs 395 through 399 and the unnumbered "WHEREFORE" paragraph, this cause of action—and thus the corresponding allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, denies them.

**TWENTY-FOURTH COUNT**

**(Accounting – Exclusive San Francisco)**

400. In answering Paragraphs 400 through 407 and the unnumbered "WHEREFORE" paragraph, this cause of action—and thus the corresponding allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, denies them.

**TWENTY-FIFTH COUNT**

**(Breach of Contract: San Francisco Franchise Agreement)**

408. In answering Paragraphs 408 through 413 and the unnumbered

"WHEREFORE" paragraph, this cause of action—and thus the corresponding allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, denies them.

**TWENTY-SIXTH COUNT**

**(Unjust Enrichment – Exclusive San Francisco)**

414. In answering Paragraphs 414 through 417 and the unnumbered "WHEREFORE" paragraph, this cause of action—and thus the corresponding allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, denies them.

**TWENTY-SEVENTH COUNT**

**(Breach of Contract: Exclusive San Francisco Security Agreement)**

418. In answering Paragraphs 418 through 422 and the unnumbered "WHEREFORE" paragraph, this cause of action—and thus the corresponding allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, denies them.

**TWENTY-EIGHTH COUNT**

**(Breach of Contract: San Francisco Guaranty)**

423. In answering Paragraphs 423 through 427 and the unnumbered "WHEREFORE" paragraph, this cause of action—and thus the corresponding allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the

allegations and, on that basis, denies them.

**TWENTY-NINTH COUNT**

**(Accounting: Exclusive SoCal)**

428. In answering Paragraphs 428 through 435 and the unnumbered "WHEREFORE" paragraph, this cause of action—and thus the corresponding allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, denies them.

**THIRTIETH COUNT**

**(Breach of Contract: SoCal Franchise Agreement)**

436. In answering Paragraphs 436 through 441 and the unnumbered "WHEREFORE" paragraph, this cause of action—and thus the corresponding allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, denies them.

**THIRTY-FIRST COUNT**

**(Unjust Enrichment: Exclusive SoCal)**

442. In answering Paragraphs 442 through 445 and the unnumbered "WHEREFORE" paragraph, this cause of action—and thus the corresponding allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, denies them.

**THIRTY-SECOND COUNT**

**(Breach of Contract: Exclusive SoCal Security Agreement)**

446. In answering Paragraphs 446 through 450 and the unnumbered

"WHEREFORE" paragraph, this cause of action—and thus the corresponding allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, denies them.

**THIRTY-THIRD COUNT**

**(Breach of Contract: SoCal Guaranty)**

451. In answering Paragraphs 451 through 455 and the unnumbered "WHEREFORE" paragraph, this cause of action—and thus the corresponding allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, denies them.

**THIRTY-FOURTH COUNT**

**(Accounting: Exclusive Ohio)**

456. In answering Paragraphs 456 through 463 and the unnumbered "WHEREFORE" paragraph, this cause of action—and thus the corresponding allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, denies them.

**THIRTY-FIFTH COUNT**

**(Breach of Contract: Ohio Franchise Agreement)**

464. In answering Paragraphs 464 through 469 and the unnumbered "WHEREFORE" paragraph, this cause of action—and thus the corresponding allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the

allegations and, on that basis, denies them.

**THIRTY-SIXTH COUNT**

**(Unjust Enrichment: Exclusive Ohio)**

470. In answering Paragraphs 470 through 473 and the unnumbered "WHEREFORE" paragraph, this cause of action—and thus the corresponding allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, denies them.

**THIRTY-SEVENTY COUNT**

**(Breach of Contract: Exclusive Ohio Security Agreement)**

474. In answering Paragraphs 474 through 477 and the unnumbered "WHEREFORE" paragraph, this cause of action—and thus the corresponding allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, denies them.

**THIRTY-EIGHTH COUNT**

**(Breach of Contract: Ohio Guaranty)**

478. In answering Paragraphs 478 through 482 and the unnumbered "WHEREFORE" paragraph, this cause of action—and thus the corresponding allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, denies them.

**THIRTY-NINTH COUNT**

**(Accounting: Exclusive Las Vegas)**

483. In answering Paragraphs 483 through 490 and the unnumbered

"WHEREFORE" paragraph, this cause of action—and thus the corresponding allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, denies them.

**FORTIETH COUNT**

**(Breach of Contract: Las Vegas Franchise Agreement)**

491. In answering Paragraphs 491 through 496 and the unnumbered "WHEREFORE" paragraph, this cause of action—and thus the corresponding allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, denies them.

**FORTY–FIRST COUNT**

**(Unjust Enrichment: Exclusive Las Vegas)**

497. In answering Paragraphs 497 through 500 and the unnumbered "WHEREFORE" paragraph, this cause of action—and thus the corresponding allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, denies them.

**FORTY–SECOND COUNT**

**(Breach of Contract: Exclusive Las Vegas Security Agreement)**

501. In answering Paragraphs 501 through 504 and the unnumbered "WHEREFORE" paragraph, this cause of action—and thus the corresponding allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the

allegations and, on that basis, denies them.

**FORTY–THIRD COUNT**

**(Breach of Contract: Las Vegas Guaranty)**

505. In answering Paragraphs 505 through 509 and the unnumbered "WHEREFORE" paragraph, this cause of action—and thus the corresponding allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, denies them.

**FORTY–FOURTH COUNT**

**(Accounting: Exclusive Tahoe)**

510. In answering Paragraphs 510 through 514 and the unnumbered "WHEREFORE" paragraph, this cause of action—and thus the corresponding allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, denies them.

**FORTY–FIFTH COUNT**

**(Breach of Contract: Tahoe Franchise Agreement)**

515. In answering Paragraphs 515 through 518 and the unnumbered "WHEREFORE" paragraph, this cause of action—and thus the corresponding allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, denies them.

**FORTY–SIXTH COUNT**

**(Breach of Contract: Tahoe Guaranty)**

519. In answering Paragraphs 519 through 523 and the unnumbered

"WHEREFORE" paragraph, this cause of action—and thus the corresponding allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, denies them.

## FORTY–SEVENTH COUNT

## (Lanham Act: Former Franchisees)

524. In answering Paragraphs 524 through 533 and the unnumbered "WHEREFORE" paragraph, this cause of action—and thus the corresponding allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, denies them.

## FORTY–EIGHTH COUNT

## (Common Law Unfair Competition)

534. In answering Paragraphs 534 through 540 and the unnumbered "WHEREFORE" paragraph, this cause of action—and thus the corresponding allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, denies them.

## FORTY-NINTH COUNT

## (Cybersquatting)

541. In answering Paragraphs 541 through 546 and the unnumbered "WHEREFORE" paragraph, this cause of action—and thus the corresponding allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the

allegations and, on that basis, denies them.

**FIFTIETH COUNT**

**(Aiding and Abetting)**

547. In answering Paragraphs 547 through 557 and the unnumbered "WHEREFORE" paragraph, this cause of action—and thus the corresponding allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, denies them.

**FIFTY-FIRST COUNT**

**(Breach of Fiduciary Duty – Michael Mahon)**

558. In answering Paragraphs 558 through 562 and the unnumbered "WHEREFORE" paragraph, this cause of action—and thus the corresponding allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, denies them.

**FIFTY-SECOND COUNT**

**(Aiding and Abetting)**

563. In answering Paragraphs 563 through 568 and the unnumbered "WHEREFORE" paragraph, this cause of action—and thus the corresponding allegations—are not brought against Libertas, and Libertas consequently does not provide a response. To the extent a response to these Paragraphs is required, Libertas lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, denies them.

**AFFIRMATIVE DEFENSES**

Libertas alleges the following separate and distinct defenses and affirmative defenses to the Amended Third Party Complaint and the causes of action it asserted

against Libertas, and without assuming the burden of proof on matters as to which they have no such burden:

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State a Claim)**

1. The Amended Third Party Complaint fails to state a claim against Libertas upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

**(Failure to Mitigate Damages)**

2. Corcoran failed to take proper and reasonable steps to avoid, minimize, or mitigate Corcoran's alleged damages and, to the extent of such failure, the damages allegedly incurred by Corcoran, if any, should be reduced accordingly or eliminated entirely.

**THIRD AFFIRMATIVE DEFENSE**

**(Laches)**

3. Corcoran's claims are barred, in whole or in part, by the doctrine of laches.

**FOURTH AFFIRMATIVE DEFENSE**

**(Co-Defendant Liability)**

4. Libertas alleges that other defendants, and each of them, named and unnamed in the pleadings were guilty of the acts or omissions in the matters set forth in the pleadings, which proximately caused or contributed to the damages or loss complained of, if any, and that the Court is requested to determine and allocate the percentage of Corcoran's alleged damages attributable to each of the defendants.

**FIFTH AFFIRMATIVE DEFENSE**

**(Co-Liability)**

5. Libertas alleges that any injury or damages which may have been sustained by Corcoran were proximately caused by the acts, errors or omissions of persons or entities other than Libertas.

**SIXTH AFFIRMATIVE DEFENSE**

**(Several Liability)**

6. Should Corcoran prevail against Libertas, Libertas's liability is several and limited to their own actionable segments of fault, if any.

**SEVENTH AFFIRMATIVE DEFENSE**

**(Fault of Others)**

7. If Corcoran suffered or sustained any loss, injury, damage, or detriment, the same was directly and proximately caused and contributed to by the breach, conduct, acts, omissions, activities, carelessness, recklessness, negligence, and/or intentional misconduct or intervening acts of other third parties, and not by Libertas.

**EIGHTH AFFIRMATIVE DEFENSE**

**(Compliance with Law)**

8. Libertas met or exceeded the requirements of applicable laws, regulations, and standards.

**NINTH AFFIRMATIVE DEFENSE**

**(Good Faith Conduct/Conformance with Applicable Standards)**

9. Libertas at all times acted in good faith and in conformance with all applicable government and industry standards, rules, and regulations, thus precluding any recovery by Corcoran against Libertas.

**TENTH AFFIRMATIVE DEFENSE**

**(Lack of Causation)**

10. The damages complained of were the result of the intervening actions of others and were not proximately caused by the actions or omissions of the Libertas.

**ELEVENTH AFFIRMATIVE DEFENSE**

**(Lack of Malice)**

11. Libertas specifically denies acting with any willfulness, oppression, fraud, or malice toward Corcoran or others.

///

## TWELFTH AFFIRMATIVE DEFENSE

**(Justification/Privilege)**

12. Libertas was justified and privileged in taking the actions alleged in the FAC.

## OTHER AFFIRMATIVE DEFENSES

13. Libertas has insufficient knowledge or information upon which to form a belief as to whether it may have additional, as yet unstated, defenses available. Libertas expressly reserves the right to assert additional defenses in the event that discovery indicates that such defenses are appropriate.

## THIRD PARTY COUNTERCLAIMS

Libertas Funding LLC ("Libertas"), by way of Third Party Counterclaims against Corcoran Group LLC ("Corcoran") states and alleges:

## PARTIES, JURISDICTION AND VENUE

1. Libertas Funding LLC is a limited liability company organized and existing under the laws of the State of Connecticut, with its principal place of business located at 411 West Putnam Avenue, Suite 220, Greenwich, Connecticut 06380.

2. Counterclaim defendant, Corcoran Group LLC is a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business located at 175 Park Avenue, Madison, New Jersey. Corcoran's sole member is a limited liability company organized under the laws of the State of Delaware with a principal place of business in New Jersey. The membership interests of Corcoran and its members, are set forth in Corcoran's Corporate Disclosure Statement, filed on June 27, 2022, at Docket No. 13 and the Amended Answer, Affirmative Defenses, Counterclaims, and Third Party Complaint of Corcoran Group LLC, filed on December 15, 2022, as Docket No. 85.

3. This Court has subject matter jurisdiction over this action under 28 U.S.C. § 1332 as Libertas and Corcoran and all of the counterclaim/third party defendants are citizens of different states, and the amount in controversy in this

matter, exclusive of interest and costs, exceeds $75,000.

4. This Court has personal jurisdiction over Counterclaim Third Party Defendant Corcoran because it is a Counterclaim/Third-Party Plaintiff in this action.

## ALLEGATIONS

5. The underlying dispute between Counterclaim Defendants ELI Realty Investments, LLC; Michael Mahon Pamela Mahon; MRM Investments, LLC; AIM High Capital Partners, LLC; Matek LLC; Exclusive Lifestyles SoCal, LLC; Exclusive Lifestyles San Francisco, Inc.; Exclusive Lifestyles Ohio, LLC; Exclusive Lifestyles Las Vegas, LLC; Exclusive Lifestyles Tahoe, LLC (collectively, "ELI Realty") and Corcoran arise from matters unrelated to Libertas, however, Libertas has been dragged into this lawsuit as a third-party defendant and Corcoran has interfered in Libertas' right to receive payments owed to it by Eli Realty.

6. On February 13, 2022, Exclusive Lifestyles San Francisco, Inc., ELI Realty Investments, Exclusive Lifestyles San Diego LLC, Exclusive Lifestyles Costa Mesa, LLC, Exclusive Lifestyles San Jose, LLC, Exclusive Lifestyles Manhattan Beach, LLC, Exclusive Lifestyles, Inc., Exclusive Lifestyles Cerritos LLC, Exclusive Lifestyles Temecula LLC, Exclusive Lifestyles San Francisco, Inc., Exclusive Lifestyles SoCal LLC, and Michael Mahon ("ELI Merchants") entered into an Agreement of Sale of Future Receipts whereby ELI Merchants sold $2,793,000 of Future Receipts to Libertas for $2,100,000 ("Future Receipts Agreement 1"). Under the terms of the Future Receipts Agreement 1, ELI Merchants were to pay $66,500 on a weekly basis (the "Weekly Delivery Amount 1").

7. On February 22, 2022, the ELI Merchants, as the seller, sold $1,995,000 of future receipts to Libertas, as the purchaser, for $1,500,000 (the "Future Receipts Agreement 2"). Under the terms of the Future Receipts Agreement 1, ELI Merchants were to pay $47,500 on a weekly basis (the "Weekly Delivery Amount 2").

8. The terms of the Future Receipts Agreements expressly state that the transactions were ***sales*** of future receipts, not loans:

Merchant and Purchaser agree that the Purchase Price is payment for the assignment and sale of the Amount Sold and that this transaction is not intended to be, nor shall it be construed as, a loan from Purchaser to Merchant. Furthermore, Purchaser's ability to collect the Amount Sold is contingent on the continued operation of Merchant's business, and the timing of deliveries of the Specified Percentage of Future Receipts will depend on how quickly Merchant's business generates Future Receipts.

9. Based on the terms and conditions of both Future Receipts Agreements, the transactions are true sales of future receipts and not subject to any liens.

10. Despite the Future Receipts Agreements being true sales of future receipts and not loans subject to any liens, Corcoran has intentionally and maliciously dragged Libertas into its dispute with ELI Realty in order to interfere with Libertas' right to receive the Weekly Delivery Amounts.

11. Specifically, on June 27, 2022, Corcoran filed its Answer, Affirmative Defenses, Counterclaims, and Third Party Complaint [Dkt. 12], including meritless claims against Libertas.

12. On July 7, 2022, Corcoran then filed an *Ex Parte* Application to Shorten Time for Hearing on Motion for Preliminary Injunctive Relief and Motion for Preliminary Injunction [Dkts. 29-30] to, among other things, prevent Libertas from receiving the Weekly Delivery Amounts.

13. Instead of permitting the Court to make a determination of the merits of the preliminary injunction request, Corcoran instead coerced ELI Realty to breach ELI Realty's contractual obligations to Libertas by discontinuing any further Weekly Delivery Amounts to Libertas as of July 13, 2022, in exchange for Corcoran's agreement to withdraw its motion for a preliminary injunction. Libertas opposed Corcoran and ELI Realty's stipulation and was not a signatory of the filed stipulation.

14. As a result of Corcoran's interference, Libertas has not received the

Weekly Delivery Amounts from ELI Realty as required under the Future Receipts Agreements.

**FIRST COUNT**

**(Tortious Interference with Contract)**

15. Libertas repeats, realleges, and incorporates by reference each and every allegation contained above as though they were fully set forth here.

16. Libertas brings this claim for tortious interference with contracts against Corcoran.

17. The Future Receipts Agreement 1 and Future Receipts Agreement 2 entered into by Libertas and the ELI Merchants are valid and enforceable agreements.

18. Corcoran was aware of the Future Receipts Agreements between Libertas and ELI Merchants before Corcoran interfered in the contractual relationship between Libertas and the ELI Merchants as evidenced in the Third Party Complaint filed in this matter [Dkt. 12].

19. Corcoran intentionally coerced ELI Realty to enter into a stipulation to cease ELI Realty's Weekly Delivery Amounts to Libertas to avoid further hostile actions from Corcoran.

20. Due to Corcoran and ELI Realty's stipulation, which has been entered by the Court, ELI Realty has ceased Weekly Delivery Amounts to Libertas and is in actual breach of the Future Receipts Agreements.

21. Accordingly, Libertas has not received any Weekly Delivery Amounts as of July 13, 2022, in violation of the Future Receipts Agreements.

22. Libertas seeks a declaratory judgment that the Future Receipts Agreements are true sales and payment of all unpaid Weekly Delivery Amounts from July 13, 2022, or as proven at trial, including punitive damages, interest, attorneys' fees, and costs.

**PRAYER FOR RELIEF**

WHEREFORE, Libertas requests that this Court enter a judgment against

Corcoran in favor of Libertas and award the following relief:

1. An order declaring that the Future Receipts Agreement 1 and Future Receipts Agreement 2 are true sales;

2. An award to Libertas of all appropriate relief, including actual and punitive damages;

3. An award of all costs for defending and prosecuting this litigation, including expert fees;

4. An award of pre- and post-judgment interest;

5. An award of attorneys' fees; and

6. An order granting any additional relief as this Court may deem just and proper.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

# DEMAND FOR JURY TRIAL

Under Federal Rule of Civil Procedure 38(b), Libertas demands a trial by jury as to all claims in this action.

DATED: January 12, 2023 MCGUIREWOODS LLP

By: */s/ Kevin B. Frankel*

**MCGUIREWOODS LLP**
Kevin B. Frankel (SBN 277840)
kfrankel@mcguirewoods.com
Jenny Yi (SBN 314540)
jyi@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922

**MCGUIREWOODS LLP**
Tanya L. Greene (SBN 267975)
tgreene@mcguirewoods.com
355 S. Grand Avenue
Suite 4200
Los Angeles, CA 90071-3103
Telephone: 213.457.9840
Facsimile: 213.457.9877

Attorneys for Third Party Defendant
Libertas Funding LLC

# CERTIFICATE OF SERVICE

I, Kevin B. Frankel, certify that on January 12, 2023, the foregoing document entitled **LIBERTAS' ANSWER TO COUNTERCLAIMS AND THIRD-PARTY COMPLAINT OF CORCORAN GROUP LLC** was filed electronically in the Court's CM/ECF system; thereby upon completion, the ECF system automatically generated a "Notce of Electronic Filing as service through CM/ECF to registered e-mail address of parties of record in the case.

By: *<u>/s/ Kevin B. Frankel</u>*
Kevin B. Frankel