1  Jonathan P. Hersey (SBN 189240)
   Damon M. Pitt (SBN 291473)
2  K&L GATES LLP
   1 Park Plaza
3  Twelfth Floor
   Irvine, CA 92614
4  Telephone: (949) 253-0900
   Facsimile:  (949) 253 0902
5  Email: damon.pitt@klgates.com

6  Daniel M. Eliades (Admitted *Pro Hac Vice*)
   William L. Waldman (Admitted *Pro Hac Vice*)
7  K&L GATES LLP
   One Newark Center, 10th Floor
8  Newark, NJ 07102
   Telephone: 973.848.4018
9  Facsimile: 973.848.4001
   Email: Daniel.Eliades@klgates.com
10 Email: william.waldman@klgates.com

11 *Attorneys for Defendant, Counterclaimant, and
   Third Party Plaintiff, Corcoran Group LLC*

12

13                    UNITED STATES DISTRICT COURT

14                   CENTRAL DISTRICT OF CALIFORNIA

15

| 16 | ELI Realty Investments, LLC, a Nevada limited liability company; Exclusive Lifestyles SoCal, LLC, a California limited liability company; Exclusive Lifestyles San Francisco, Inc., a California corporation; Exclusive Lifestyles Ohio, LLC, an Ohio limited liability company; and Exclusive Lifestyles Las Vegas, LLC, a Nevada limited Liability company, | Case No. 8:22-CV-01195-JWH-ADS |
|---|---|---|
| | | Hon. John W. Holcomb |
| | | **NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF RECEIVER FOR DEFENDANT ELI REALTY INVESTMENTS, LLC** |
| | Plaintiff, | |
| | v. | Filed concurrently: Memorandum of Points and Authorities; Declaration of Shail Sapra; [Proposed] Order |
| | Corcoran Group LLC, a Delaware limited liability company; DOES 1 through 10, | Complaint Filed: June 21, 2022 |
| | Defendant. | |
| | Corcoran Group LLC | |
| | Counter claimant and | |

314582632.1

CORCORAN'S NOTICE OF MOTION AND
MOTION FOR APPOINTMENT OF
RECEIVER 8:22-CV-01195-JWH-ADS

|   |   |
|---|---|
|   | Third Party Plaintiff, |
|   | v. |
|   | ELI Realty Investments, LLC; Michael Mahon; Pamela Mahon; MRM Investments, LLC; AIM High Capital Partners, LLC; Libertas Funding LLC; Matek LLC; Exclusive Lifestyles SoCal, LLC; Exclusive Lifestyles San Francisco, Inc.; Exclusive Lifestyles Ohio, LLC; Exclusive Lifestyles Las Vegas, LLC; Exclusive Lifestyles Tahoe, LLC; and DOES 1 - 10 |
|   | Counterclaim and Third Party Defendants. |
|   | Libertas Funding LLC; Michael Mahon Pamela Mahon, and MRM Investments, LLC, |
|   | Third Party Counterclaimants, |
|   | v. |
|   | Corcoran Group, LLC, |
|   | Third Party Counterclaim Defendant. |

**TO THE COURT AND TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on March 3, 2023, at 9:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 9D of the above-entitled court, located at 411 W. 4th Street, Santa Ana, California, 92701-4516, Corcoran Group, LLC ("Corcoran"), will and hereby does move the Court for an Order, pursuant to Fed. R. Civ. P. 66 and L.R. 66, to Appoint a Temporary Receiver with the full power

of an equity receiver, for Plaintiff/Third Party Defendant, ELI Realty Investments, LLC (the "Receivership Defendant").

Corcoran moves for the appointment of a receiver for the reasons detailed in the Memorandum of Points and Authorities and Declaration of Shail Sapra, including the grounds set forth in *Canada Life Assurance Co., v. LaPeter*, 563 F.3d 837, 844 (9th Cir. 2009).

This Motion is made following the conference of counsel pursuant to L.R. 7–3, which took place on January 18, 2023, as well as subsequent communications of January 20 and 27, 2023.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities filed in support of this Motion, the Declaration of Shail Sapra filed concurrently herewith and exhibits thereto, the pleadings and records on file herein, and such other and further evidence and argument, both written and oral, as may be presented to the Court before this Motion is submitted for decision.

Dated:      January 30, 2023            K&L GATES LLP

By: */s/ Daniel M. Eliades*
Jonathan P. Hersey
Damon M. Pitt
Daniel M. Eliades (Admitted *Pro Hac Vice*)
William L. Waldman (Admitted *Pro Hac Vice*)

Attorneys for Defendant, Counterclaimant, and Third Party Plaintiff, Corcoran Group LLC