1  **SMILEY WANG-EKVALL, LLP**
   Kyra E. Andrassy, State Bar No. 207959
2  *kandrassy@swelawfirm.com*
   Michael L. Simon, State Bar No. 300822
3  *msimon@swelawfirm.com*
   3200 Park Center Drive, Suite 250
4  Costa Mesa, California 92626
   Telephone: 714 445-1000
5  Facsimile:  714 445-1002

6  Proposed Counsel for Jeremy Faith,
   Temporary Receiver for ELI Realty
7  Investments, LLC

8              **UNITED STATES DISTRICT COURT**

9      **CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

10

11 ELI Realty Investments, LLC, a          Case No. 8:22-cv-01195-JWH
   Nevada limited liability company;       (ADSx)
12 Exclusive Lifestyles SoCal, LLC, a
   California limited liability company;    Assigned to:  Hon. John W.
13 Exclusive Lifestyles San Francisco,      Holcomb
   Inc., a California corporation;
14 Exclusive Lifestyles Ohio, LLC, an       **SUPPLEMENTAL PROOF OF**
   Ohio limited liability company; and      **SERVICE OF NOTICE OF MOTION**
15 Exclusive Lifestyles Las Vegas,          **AND MOTION OF RECEIVER,**
   LLC, a Nevada limited liability          **JEREMY W. FAITH, FOR ORDER**
16 company,                                 **IN AID OF RECEIVERSHIP**
                                            **REGARDING (1) EMPLOYMENT**
17              Plaintiffs,                  **OF PROFESSIONALS, (2)**
                                            **MODIFICATION OF**
18     v.                                   **RECEIVERSHIP ORDER, AND (3)**
                                            **PERMISSION TO SERVE**
19 Corcoran Group, LLC, a Delaware          **CREDITORS WITH CERTAIN**
   limited liability company; DOES 1        **NOTICES BY EMAIL**
20 through 10,

21              Defendants.                 DATE:     March 31, 2023
                                            TIME:     9:00 a.m.
22 _____         JUDGE:    Hon. John W. Holcomb
                                            CTRM:     9D, 9th Floor
   Corcoran Group LLC,
23
        Counterclaimant and Third
24              Party Plaintiff,

25     v.

26 ELI Realty Investments, LLC;
   Michael Mahon; Pamela Mahon;
27 MRM Investments, LLC; AIM High
   Capital Partners, LLC; Libertas
28 Funding LLC; Matek LLC; Exclusive

                              1           SUPPLEMENTAL PROOF OF SERVICE

SMILEY WANG-EKVALL, LLP

3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

1  Lifestyles SoCal, LLC; Exclusive
   Lifestyles San Francisco, Inc.;
2  Exclusive Lifestyles Ohio, LLC;
   Exclusive Lifestyles Las Vegas,
3  LLC; Exclusive Lifestyles Tahoe,
   LLC; and DOES 1 -10,
4
           Counterclaim Defendants and
5                Third Party Defendants.

6  
   Libertas Funding LLC; Michael
7  Mahon; Pamela Mahon; and MRM
   Investments, LLC,
8
                        Third Party
9                  Counterclaimants,

10         v.

11 Corcoran Group, LLC,

12         Third Party Counterclaim
                       Defendant.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2                              SUPPLEMENTAL PROOF OF SERVICE

## SUPPLEMENTAL PROOF OF SERVICE

### STATE OF CALIFORNIA, U.S. DISTRICT COURT – CENTRAL DISTRICT

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Orange, State of California.  My business address is 3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626.

On **2/24/2023,** I served true copies of the following document(s) described as

**NOTICE OF MOTION AND MOTION OF RECEIVER, JEREMY W. FAITH, FOR ORDER IN AID OF RECEIVERSHIP REGARDING (1) EMPLOYMENT OF PROFESSIONALS, (2) MODIFICATION OF RECEIVERSHIP ORDER, AND (3) PERMISSION TO SERVE CREDITORS WITH CERTAIN NOTICES BY EMAIL**

on the interested parties in this action as follows:

**( ) (BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")) –** Pursuant to United States District Court, Central District of California, Local Civil Rule 5-3, the foregoing document will be served by the court via NEF and hyperlinked to the document. On , I checked the CM/ECF docket for this case and determined that the aforementioned person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated.

**(X) (BY U.S. MAIL).** I enclosed the document(s) in a sealed envelope or package and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of  Smiley Wang-Ekvall, LLP for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with USPS in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope was placed in the mail at Costa Mesa, California.

**( ) (BY E-MAIL).** By scanning the document(s) and then e-mailing the resultant pdf to the e-mail address indicated above per agreement.

**( ) (BY FACSIMILE)**. I caused the above-referenced documents to be transmitted to the noted addressee(s) at the fax number as stated. Attached to this declaration is a "TX Confirmation Report" confirming the status of transmission. Executed on _____, at Costa Mesa, California.

**( )  STATE** I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

**(X) FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 24, 2023 at Costa Mesa, California.

_____
        /s/ *Lynnette Garrett*
Lynnette Garrett

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

**SERVICE LIST**

1

2      **BY U.S. MAIL:**

3      Monique Olivier                    L. Peter Ryan; Christian Kim
       Olivier & Schreiber                Fox Rothschild LLP
4      475 14th St., Suite 250  345 California St., Suite 2200
       Oakland, CA 94612                  San Francisco, CA 94104-2670
5      Counsel for Marcia Thomas

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002