Jonathan P. Hersey (SBN 189240)
Damon M. Pitt (SBN 291473)
**K&L GATES LLP**
1 Park Plaza
Twelfth Floor
Irvine, CA 92614
Telephone: (949) 253-0900
Facsimile: (949) 253 0902
Email: damon.pitt@klgates.com

Daniel M Eliades (Admitted *Pro Hac Vice*)
William L. Waldman (Admitted *Pro Hac Vice*)
**K&L Gates LLP**
One Newark Center, 10th Floor
Newark, NJ 07102
Telephone: +1 973.848.4018
Facsimile: +1 973.848.4001
Email: Daniel.Eliades@klgates.com
Email: William.Waldman@klgates.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI Realty Investments, LLC, a Nevada limited liability company; Exclusive Lifestyles SoCal, LLC, a California limited liability company; Exclusive Lifestyles San Francisco, Inc., a California corporation; Exclusive Lifestyles Ohio, LLC, an Ohio limited liability company; and Exclusive Lifestyles Las Vegas, LLC, a Nevada limited liability company, <br><br>Plaintiffs,<br><br>vs.<br><br>Corcoran Group, LLC, a Delaware limited liability company; DOES 1 through 10,<br><br>Defendants.<br><br>Corcoran Group LLC,<br><br>Counterclaimant and Third Party Plaintiff,<br><br>vs. | Case No. 8:22-CV-01195-JWH-ADS<br>Assigned to: Hon. John W. Holcomb<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS BETWEEN CORCORAN GROUP, LLC AND LIBERTAS FUNDING LLC**<br><br><br><br>Third Party Counterclaim: January 12, 2023 |

| | |
|---|---|
| 1 | |
| 2 | ELI Realty Investments, LLC; Michael Mahon; Pamela Mahon; MRM Investments, LLC; AIM High Capital Partners, LLC; Libertas Funding LLC; Matek LLC; and DOES 1 - 10, |
| | Counterclaim Defendants and Third Party Defendants. |
| | Libertas Funding LLC; Michael Mahon; Pamela Mahon; and MRM Investments, LLC, |
| | Third-Party Counterclaimants, |
| | v. |
| | Corcoran Group, LLC, Counterclaim |
| | Third-Party Defendant. |

Defendant, Counterclaimant and Third Party Plaintiff, Corcoran Group LLC ("Corcoran") and Third Party Defendant, Libertas Funding LLC ("Libertas"), in the above captioned action (the "Action"), by and through their respective counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate and agree that the Action has been resolved and should be dismissed as between them, without prejudice, pursuant to the terms of that certain Confidential Settlement Agreement between Corcoran and Libertas (the "Settlement Agreement").

2

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS BETWEEN CORCORAN GROUP, LLC AND LIBERTAS FUNDING LLC -   CASE No. 8:22-CV-01195-JWH-ADS**

As a result of the agreements set forth in the Settlement Agreement, all claims in the Action by and between Corcoran and Libertas are dismissed <u>without</u> prejudice and without costs.

K&L GATES LLP

Dated: March 24, 2023      By: /s/ *Daniel M. Eliades*
                                Daniel M. Eliades

*Attorneys for Defendant, Counterclaimant, and Third Party Plaintiff, Corcoran Group LLC*

MCGUIREWOODS LLP

Dated:  March 24, 2023      By:  /s/ *Kevin B. Frankel*
                                  Kevin B. Frankel

*Attorneys for Third Party Defendant, Libertas Funding LLC*

3

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS BETWEEN CORCORAN GROUP, LLC AND LIBERTAS FUNDING LLC -  CASE No. 8:22-CV-01195-JWH-ADS**

**FILER'S ATTESTATION**

Pursuant to Central District Local Rule 5-4.3.4(a)(2), the undersigned attests that all other signatories identified below, and on whose behalf this document is submitted, concur in the content of, and have authorized the filing of, this Stipulation of Dismissal Without Prejudice as Between Corcoran Group, LLC and Libertas Funding LLC.

K&L GATES LLP

Dated: March 24, 2023         By: */s/ Damon M. Pitt*
                                  Damon M. Pitt

*Attorneys for Defendant, Counterclaimant, and Third Party Plaintiff, Corcoran Group LLC*

4

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS BETWEEN CORCORAN GROUP, LLC AND LIBERTAS FUNDING LLC -   CASE No. 8:22-CV-01195-JWH-ADS**

**CERTIFICATE OF SERVICE**
*ELI Realty Investments, LLC, et als v. Corcoran Group LLC, et al.*
USDC Case No. 8:22-CV-01195-JWH-ADS

I am over the age of 18 and not a party to the within action. I am employed in the County of Orange, State of California; my business address is 1 Park Plaza, 12th Floor, Irvine, CA 92614.

On the date set forth below, I served on all interested parties in this action the foregoing document described as: **STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS BETWEEN CORCORAN GROUP, LLC AND LIBERTAS FUNDING LLC** as stated below:

Steven M. Hanle (SBN 168876)
STRADLING YOCCA CARLSON & RAU
A Professional Corporation
660 Newport Center Drive, Suite 1600 Newport Beach, CA 92660-6422
*Attorneys for Plaintiffs, Counterclaim Defendants and Third Party Defendants, ELI Realty Investments, LLC, Exclusive Lifestyles SoCal, LLC, Exclusive Lifestyles San Francisco, Inc., Exclusive Lifestyles Ohio, LLC, Exclusive Lifestyles Las Vegas, LLC, Michael Mahon, Pamela Mahon, MRM Investments, LLC, Aim High Capital Partners, LLC and Matek, LLC*

Kevin B. Frankel (SBN 277840)
MCGUIREWOODS LLP
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
*Attorneys for Third Party Defendant, Libertas Funding, LLC*

[X]   **BY CM/ECF:** With the Clerk of the United States District Court of California using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

[X]   I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on March ___, 2023 in Irvine, California.

/s/_____

5
STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS BETWEEN CORCORAN GROUP, LLC AND LIBERTAS FUNDING LLC -   CASE No. 8:22-CV-01195-JWH-ADS

3149~~30926~~.2