**SMILEY WANG-EKVALL, LLP**
Kyra E. Andrassy, State Bar No. 207959
kandrassy@swelawfirm.com
Michael L. Simon, State Bar No. 300822
msimon@swelawfirm.com
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone: 714 445-1000
Facsimile:  714 445-1002

Counsel for Jeremy Faith, Receiver for
ELI Realty Investments, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ELI Realty Investments, LLC, a Nevada limited liability company; Exclusive Lifestyles SoCal, LLC, a California limited liability company; Exclusive Lifestyles San Francisco, Inc., a California corporation; Exclusive Lifestyles Ohio, LLC, an Ohio limited liability company; and Exclusive Lifestyles Las Vegas, LLC, a Nevada limited liability company,<br><br>            Plaintiffs,<br><br>   v.<br><br>Corcoran Group, LLC, a Delaware limited liability company; DOES 1 through 10,<br><br>            Defendants.<br><br>Corcoran Group LLC,<br><br>   Counterclaimant and Third Party Plaintiff,<br><br>   v.<br><br>ELI Realty Investments, LLC; Michael Mahon; Pamela Mahon; MRM Investments, LLC; AIM High Capital Partners, LLC; Libertas Funding LLC; Matek LLC; Exclusive Lifestyles SoCal, LLC; Exclusive | Case No. 8:22-cv-01195-JWH (ADSx)<br><br>Assigned to: Hon. John W. Holcomb<br><br>**STIPULATION REGARDING COLLECTION OF REFERRAL FEES UNDER REFERRAL AGREEMENTS WITH FORMER SALES AGENTS AND BROKERS AND PAYMENT OF COMMISSIONS**<br><br>**[No hearing required]** |

| |
|---|
| Lifestyles San Francisco, Inc.; Exclusive Lifestyles Ohio, LLC; Exclusive Lifestyles Las Vegas, LLC; Exclusive Lifestyles Tahoe, LLC; and DOES 1-10, <br><br> Counterclaim Defendants and Third Party Defendants. |
| Libertas Funding LLC; Michael Mahon; Pamela Mahon; and MRM Investments, LLC, <br><br> Third Party Counterclaimants, <br><br> v. <br><br> Corcoran Group, LLC, <br><br> Third Party Counterclaim Defendant. |

**TO THE HONORABLE JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE:**

Jeremy W. Faith, the permanent receiver ("Receiver") appointed by this Court for ELI Realty Investments, LLC ("ELI"), pursuant to the *Stipulated Order Granting Corcoran Group, LLC's Motion for Appointment of Receiver* (the "Receivership Order"), Corcoran Group, LLC, Exclusive Lifestyles SoCal, LLC, Exclusive Lifestyles San Francisco, Inc., Exclusive Lifestyles Ohio, LLC, Exclusive Lifestyles Las Vegas, LLC, and Michael Mahon, by and through their counsel of record, submit this *Stipulation Regarding Collection of Referral Fees Under Referral Agreements with Former Sales Agents and Brokers and Payment of Commissions* (the "Stipulation"), pursuant to the following recitals:

## RECITALS

1. Pursuant to the Receivership Order, the Court appointed the Receiver as the permanent receiver for ELI Realty Investments, LLC ("ELI Realty"), the Receivership Assets, and the Receivership Records (together, the "Receivership Estate") effective March 8, 2023. Prior to then, the Receiver was serving as a temporary receiver.

2. The Receivership Assets include ELI Realty's membership and stock interests in Exclusive Lifestyles San Francisco, Inc., Exclusive Lifestyles SoCal, LLC, Exclusive Lifestyles Las Vegas, LLC, Exclusive Lifestyles Tahoe, LLC, and Exclusive Lifestyles Ohio, LLC (together the "JV Franchisees"). It also includes any stock interest held by ELI Realty in Exclusive Lifestyles, Inc. In the Receivership Order, the Receiver was granted "full management authority afforded to ELI Realty or Michael Mahon pursuant to the operating, shareholder, and/or management agreements (and amendments thereto) regarding each of the JV Franchisees."

3. Corcoran Group, LLC and each of the JV Franchisees were parties to separate Real Estate Franchise Agreements and certain amendments/addendums thereto (collectively, the "JV Franchise Agreements"). Pursuant to the JV Franchise Agreements, the JV Franchisees obtained the non-exclusive right to utilize the intellectual property and franchise system of Corcoran in the operation of approved real estate brokerage offices. Some of the JV Franchisees operated under a broker's license issued to Exclusive Lifestyles, Inc., that is no longer an active license.

4. To secure payment and performance of the JV Franchisees under the respective JV Franchise Agreements, the JV Franchisees granted security interests to Corcoran in certain property pursuant to certain Security Agreements (the "JV Security Agreements"). Among other things, the JV Security Franchisees granted Corcoran security interests in "*real estate*

*listings, listing agreements and related rights which are located at, utilized by or related to the real estate brokerage business conducted by Debtor and including the proceeds therefrom and any and all amendments or replacements thereto . . ."* The security interests granted per the JV Security Agreements were perfected by the filing of UCC-1 Financing Statements.

5. Corcoran terminated the JV Franchise Agreements effective November 21, 2022. The JV Franchisees ceased operations in December 2022.

6. As the agents left the JV Franchisees to join new brokerages, certain agents entered into "Referral Agreements" that contemplated transfer of listing agreements, typically for transactions under contract, from JV Franchisees to the brokerage that the agent had affiliated with (a "New Brokerage") or termination of such listing agreements of JV Franchisees and entry of a new listing agreement with a New Brokerage. The listing agreements subject to the Referral Agreements, and the proceeds therefrom, are collateral of Corcoran under the JV Franchise Agreements.

7. Under the terms of the Referral Agreements, the JV Franchisee was to receive a percentage of the total commission for the agent's services payable at the close of escrow for the property that was listed. Typically, the referral fee was ten percent.

8. At least three agents with a New Brokerage have had their commission checks made payable to Corcoran Global Living so that Corcoran Global Living must cash the checks and then pay the new brokers their commission and retain the referral fees. Although "Corcoran Global Living" is a fictitious business name for Exclusive Lifestyles, Inc., it appears to have been loosely used by ELI Realty and the JV Franchisees.

9. Corcoran has perfected security interests in, among other things, the receivables of the JV Franchisees, including the proceeds of the listing agreements subject to the Referral Agreements.

10. The Receivership Order provides that the Receiver is authorized to "[r]eceive and endorse checks made payable to the JV Franchisees, and hold the funds in an account opened by the Receiver in the name of the applicable JV Franchisee at an Approved Bank pending further order of this Court."

Based on the foregoing recitals, the Parties stipulate as follows:

## STIPULATION

A. As set forth in the Receivership Order, the Receiver is authorized to deposit checks made payable to the JV Franchisees or Corcoran Global Living and to hold them pending further Court order, and Corcoran shall retain a security interest in such funds to the same extent and with the same priority as existed prior to the deposit of said check(s).

B. When the Receiver receives a check that includes both a New Brokerage commission and a referral fee under a Referral Agreement, the Receiver shall send all available related information, including the Referral Agreement, to counsel for Corcoran and may request consent of Corcoran to release the commission portion of the check to the New Brokerage (a "Consent Request"). Nothing contained herein shall be construed to obligate Corcoran to respond to a Consent Request within any time period or require Corcoran to consent to any Consent Request.

C. Where Corcoran has consented to a Consent Request, the Receiver is authorized to pay the New Brokerage its commission, retaining the referral fee for the JV Franchisee pending further Court order. The retained referral fee shall remain subject to Corcoran's perfected security interest in same.

D.  If Corcoran has not responded or consented to a Consent Request within five (5) business days of receipt of same by Corcoran, then the corresponding funds shall remain held by the Receiver pending further Court order and any party claiming an interest in such funds may request a hearing with this Court to approve distribution.

E.  This Stipulation does not and shall not prejudice or constitute a release, waiver, limitation or compromise of any right, claim, remedy, or security interest that Corcoran may possess, whether expressed in this action or otherwise.

F.  Corcoran's agreement or consent to a Consent Request shall not prejudice or constitute a release, waiver, limitation or compromise of any right, claim, remedy, or security interest that Corcoran may possess including, but not limited to, any right, claim, remedy, or security interest related to any JV Franchisee, Referral Agreement, New Brokerage, former agent of a JV Franchisee, or JV Security Agreements.

DATED: May 17, 2023       Respectfully submitted,

SMILEY WANG-EKVALL, LLP


By:   /s/ Kyra E. Andrassy
      KYRA E. ANDRASSY
      Counsel for Jeremy Faith, Receiver for
      ELI Realty Investments, LLC

Case 8:22-cv-01195-JWH-ADS   Document 139   Filed 05/17/23   Page 7 of 9   Page ID #:3626

| | | |
|---|---|---|
| DATED: May 17, 2023 | | STRADLING YOCCA CARLSON & RAUTH, A Professional Corporation |

By: ___/s/ Steven M. Hanle___
STEVEN M. HANLE
Counsel for Exclusive Lifestyles SoCal, LLC, Exclusive Lifestyles San Francisco, Inc., Exclusive Lifestyles Las Vegas, LLC, Exclusive Lifestyles Ohio, LLC, and Michael Mahon

DATED: May 17, 2023     K&L GATES LLP

By: ___/s/ Daniel Eliades___
DANIEL ELIADES (Admitted *Pro Hac Vice*)
Counsel for Corcoran Group LLC

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

2941890.2
315338211.1

7

STIPULATION

## **PROOF OF SERVICE**

**STATE OF CALIFORNIA, U.S. DISTRICT COURT – CENTRAL DISTRICT**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626.

On **5/17/2023,** I served true copies of the following document(s) described as

**STIPULATION REGARDING COLLECTION OF REFERRAL FEES UNDER REFERRAL AGREEMENTS WITH FORMER SALES AGENTS AND BROKERS AND PAYMENT OF COMMISSIONS**

on the interested parties in this action as follows:

**(X) (BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")) –** Pursuant to United States District Court, Central District of California, Local Civil Rule 5-3, the foregoing document will be served by the court via NEF and hyperlinked to the document. On **5/17/2023**, I checked the CM/ECF docket for this case and determined that the aforementioned person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated.

**(X) (BY U.S. MAIL).** I enclosed the document(s) in a sealed envelope or package and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Smiley Wang-Ekvall, LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with USPS in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Costa Mesa, California.

**( ) (BY E-MAIL).** By scanning the document(s) and then e-mailing the resultant pdf to the e-mail address indicated above per agreement.

**( ) (BY FACSIMILE).** I caused the above-referenced documents to be transmitted to the noted addressee(s) at the fax number as stated. Attached to this declaration is a "TX Confirmation Report" confirming the status of transmission. Executed on _____, at Costa Mesa, California.

**( ) STATE** I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

**(X) FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 17, 2023 at Costa Mesa, California.

　　　　　　　　　　　　　　　　　　　　　/s/ *Lynnette Garrett*
　　　　　　　　　　　　　　　　　　　　　Lynnette Garrett

# SERVICE LIST

**BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

Kyra E Andrassy
kandrassy@swelawfirm.com,jchung@swelawfirm.com,lgarrett@swelawfirm.com,gcruz@swelawfirm.com

Geoffrey M. Davis
gdavis@gdavislegal.com

Daniel M. Eliades
Daniel.Eliades@klgates.com

Jeremy W. Faith
Jeremy@MarguliesFaithlaw.com,Helen@MarguliesFaithlaw.com,Victoria@MarguliesFaithlaw.com,Angela@MarguliesFaithLaw.com

Marc C Forsythe
mforsythe@goeforlaw.com,kmurphy@goeforlaw.com

Kevin Barnett Frankel
kfrankel@mcguirewoods.com,dmlamb@mcguirewoods.com,JTabisaura@mcguirewoods.com

Tanya Greene
tgreene@mcguirewoods.com,kghalambor@mcguirewoods.com,USDocket@mcguirewoods.com

Steven M. Hanle
shanle@stradlinglaw.com,jcrummett@stradlinglaw.com

Jonathan Peter Hersey
jonathan.hersey@klgates.com,connie-marie.pruitt@klgates.com

Damon M. Pitt
damon.pitt@klgates.com,Brandy.Young@klgates.com,Michael.Mondares@klgates.com,Litigation.Docketing@klgates.com,angelina.andrade@klgates.com,Shelley.Cossitt@klgates.com,Ashley.Russell@klgates.com

Ahmad Said Takouche
atakouche@stradlinglaw.com,kmilanowski@sycr.com

William L. Waldman
William.waldman@klgates.com

Jenny Yi
jyi@mcguirewoods.com,izabala@mcguirewoods.com,DMLamb@mcguirewoods.com,USDocket@mcguirewoods.com