# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI Realty Investments, LLC et al. | CASE NUMBER: |
| Plaintiff(s) | 8:22-cv-01195-JWH-ADS |
| v. | |
| Corcoran Group, LLC, et al. | **MOTION RE: INFORMAL DISCOVERY DISPUTE** |
| Defendant(s) | |

The parties have requested an informal discovery conference with Magistrate Judge                    .
Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required      ☒ Hearing Required.
☐ In-Person Court Hearing
☐ Video Conference
☒ Telephonic

Magistrate Judge  Autumn D. Spaeth

Date/Time         January 29, 2024 at 2:00 p.m.

Courtroom:        Telephonic (Call information will be provided by separate email).

Other:        Each IDC party shall submit the discovery requests (and responses) in dispute directly to the Chambers of Judge Spaeth via email to ADS_Chambers@cacd.uscourts.gov.

Dated:    01/08/2024                    By:              K. Hopkins
                                                    Deputy Clerk