Jonathan P. Hersey (SBN 189240)
Damon M. Pitt (SBN 291473)
**K&L GATES LLP**
1 Park Plaza
Twelfth Floor
Irvine, CA 92614
Telephone: (949) 253-0900
Facsimile: (949) 253 0902
Email: damon.pitt@klgates.com

Daniel M Eliades (Admitted *Pro Hac Vice*)
**K&L Gates LLP**
One Newark Center, 10th Floor
Newark, NJ 07102
Telephone: +1 973.848.4018
Facsimile: +1 973.848.4001
Email: Daniel.Eliades@klgates.com

*Attorneys for Defendant, Counterclaimant, and Third-Party Plaintiff, Corcoran Group LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI Realty Investments, LLC, a Nevada limited liability company; Exclusive Lifestyles SoCal, LLC, a California limited liability company; Exclusive Lifestyles San Francisco, Inc., a California corporation; Exclusive Lifestyles Ohio, LLC, an Ohio limited liability company; and Exclusive Lifestyles Las Vegas, LLC, a Nevada limited Liability company,<br><br>Plaintiff,<br><br>v.<br><br>Corcoran Group LLC, a Delaware limited liability company; DOES 1 through 10,<br><br>Defendant.<br><br>Corcoran Group LLC<br><br>Counter claimant and Third Party Plaintiff, | Case No. Civil Action No. 8:22-CV-01195<br><br>Hon. John W. Holcomb<br><br>Counterclaims Filed: January 12, 2023<br><br>**STIPULATION REGARDING THE DISMISSAL OF ALL COUNTERCLAIMS AND CLAIMS OF ANY NATURE MADE ON BEHALF OF MICHAEL MAHON, PAMELA MAHON, AND MRM INVESTMENTS LLC AGAINST CORCORAN GROUP, LLC** |

317509792.2

| | |
|---|---|
| 1 | v. |
| 2 | ELI Realty Investments, LLC; Michael Mahon; Pamela Mahon; MRM Investments, LLC; AIM High Capital Partners, LLC; Libertas Funding LLC; Matek LLC; Exclusive Lifestyles SoCal, LLC; Exclusive Lifestyles San Francisco, Inc.; Exclusive Lifestyles Ohio, LLC; Exclusive Lifestyles Las Vegas, LLC; Exclusive Lifestyles Tahoe, LLC; and DOES 1 - 10 |
| | Counterclaim and Third Party Defendants. |
| | Libertas Funding LLC; Michael Mahon Pamela Mahon, and MRM Investments, LLC, |
| | Third Party Counterclaimants, |
| | v. |
| | Corcoran Group, LLC, |
| | Third Party Counterclaim Defendant. |

This Stipulation is made by and among (i) Corcoran Group, LLC ("Corcoran"), (ii) Michael and Pamela Mahon (the "Mahons"), and MRM Investments LLC ("MRM") regarding the dismissal of all counterclaims and claims of any nature made by and/or on behalf of the Mahons and MRM against Corcoran in this action (the "Mahon Claims").

**RECITALS**

1. On June 21, 2022, ELI Realty Investments, LLC ("ELI Realty"), Exclusive Lifestyles San Francisco, Inc. ("Exclusive San Francisco"), Exclusive Lifestyles SoCal, LLC ("Exclusive SoCal"), Exclusive Lifestyles Las Vegas, LLC ("Exclusive Las Vegas"), Exclusive Lifestyles Tahoe, LLC ("Exclusive Tahoe") and, Exclusive Lifestyles Ohio, LLC ("Exclusive Ohio") filed suit against Corcoran (the "Complaint"). ECF No. 1.

2. On June 27, 2022, Corcoran filed a counterclaim against ELI Realty Investments, LLC, Exclusive San Fran, Exclusive SoCal, Exclusive Las Vegas, Exclusive Tahoe, and Exclusive Ohio ("<u>Counterclaims</u>"), along with a third party complaint against Third Party Defendants Michael Mahon, Pamela Mahon, MRM Investments LLC, Aim High Capital Partners, LLC, Libertas Funding LLC, and Matek LLC. ECF No. 12.

3. On January 12, 2023, the Mahons and MRM filed counterclaims against Corcoran. ECF No. 102.

4. On July 10, 2023, the Mahons filed a voluntary petition under Chapter 7 of the Bankruptcy Code in the Central District of California under Case No.: 23-bk-11395-TA (the "<u>Mahon Bankruptcy Proceeding</u>"). ECF No. 1, in Case No. 23-bk-11395-TA.

5. In a Stipulation filed in the Bankruptcy Case on November 17, 2023 (ECF No. 67, in Case No. 23-bk-11395-TA) (the "<u>Mahons-Corcoran Stipulation</u>"), the Mahons stipulated and agreed to the following:

> *3. Debtors' shall not prosecute or pursue any counterclaims or claims of any nature on behalf of Michael Mahon, Pamela Mahon, and/or MRM Investments LLC against Corcoran in the District Court Action. Debtors and Corcoran acknowledge the Chapter 7 Trustee retains all rights to prosecute or pursue any counterclaims or claims of any nature on behalf of Michael Mahon, Pamela Mahon, and/or MRM Investments LLC against Corcoran in the District Court Action.*
>
> ***4. Debtors' hereby consent to the dismissal, with prejudice, of all counterclaims and claims of any nature on behalf of Michael Mahon, Pamela Mahon, and MRM Investments LLC against Corcoran in the District Court Action*** *(the "<u>Dismissal</u>"), provided that such Dismissal shall be subject to: (a) effective abandonment of such claims by the duly appointed chapter 7 trustee in the Debtors' bankruptcy proceeding (the "<u>Trustee</u>"); (b) consent of the Trustee to the Dismissal approved by subsequent court order; or (c) entry of an order or judgment in the District Court Action, after the applicable provisions of 11 U.S.C. § 362 have expired or been modified. Upon any future request of Corcoran,*

317509792.2

> *Debtors' shall consent to modify the applicable provisions of 11 U.S.C. § 362 in order to allow Corcoran to seek dismissal, with prejudice, of all counterclaims and claims of any nature on behalf of Michael Mahon, Pamela Mahon, and MRM Investments LLC against Corcoran in the District Court Action.*
>
> *5.    Debtors' hereby stipulate that all counterclaims and claims of any nature on behalf of Michael Mahon, Pamela Mahon, and MRM Investments LLC against Corcoran in the District Court Action (the "<u>Mahon Claims</u>") cannot be sustained, are burdensome to the Debtors' bankruptcy estate, and are of inconsequential value and benefit to the Debtors' bankruptcy estate. Notwithstanding such stipulation, Debtors and Corcoran acknowledge the Chapter 7 Trustee retains all rights to prosecute or pursue any counterclaims or claims of any nature on behalf of Michael Mahon, Pamela Mahon, and/or MRM Investments LLC against Corcoran in the District Court Action.*

ECF No. 67, in Case No. 23-bk-11395-TA (emphasis added).

6.    An order approving the Mahons-Corcoran Stipulation was entered in the Mahon Bankruptcy Proceeding on November 22, 2023. ECF No. 69, in Case No. 23-bk-11395-TA.

7.    In a Stipulation filed in the Bankruptcy Case on December 27, 2023 (ECF No. 67, in case no. 23-11395) (the "<u>Trustee-Corcoran Stipulation</u>"), Richard A. Marshack, the Chapter 7 Trustee in the Mahon Bankruptcy Proceeding (the "<u>Trustee</u>") stipulated and agreed to the following:

> *In light of the Debtors' stipulations in the Debtor-Corcoran Stipulation, and other factors, the Trustee believes that the Mahon Claims[1] are burdensome to the Debtors' bankruptcy estate, or are of inconsequential value and benefit to the Debtors' bankruptcy estate. Accordingly, the Trustee stipulates to abandonment of the Mahon Claims pursuant to 11 U.S.C. § 554.*

(ECF No. 85, in Case No. 23-bk-11395-TA).

---

[1] As defined in paragraph 5 of the Mahon-Corcoran Stipulation.

317509792.2

An order approving the Trustee-Corcoran Stipulation was entered in the Mahon Bankruptcy Proceeding on January 3, 2024 (the "Abandonment Order"). (ECF No. 87, in Case No. 23-bk-11395-TA). The Abandonment Order orders:

> [A]ll counterclaims and claims of any nature on behalf of Michael Mahon, Pamela Mahon, and MRM Investments LLC against Corcoran Group LLC in the litigation captioned *ELI Realty Investments, LLC, et al. v. Corcoran Group LLC, et al.*, which is pending in the United States District Court for the Central District of California under Case No.: 8:22-CV- 01195-JWH-ADS, are hereby abandoned by the Trustee pursuant to 11 U.S.C. § 554.

8. In light of the Mahon-Corcoran Stipulation, the Trustee-Corcoran Stipulation and other factors, the Mahons and MRM stipulate to dismissal, with prejudice, of the Mahon Claims.

9. Nothing in this Stipulation alters the discharge received by the Mahons in the Mahon Bankruptcy Proceeding.

## II. STIPULATION

**WHEREFORE,** it is hereby stipulated and agreed by and between the undersigned counsel of the parties to the above-captioned action that all the Mahon Claims are dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs, including attorneys' fees other than as agreed by the parties.

**IT IS SO STIPULATED AND AGREED.**

DATED: January 23, 2024        STRADLING YOCCA CARLSON & RAUTH
                               A Professional Corporation

                               By: /s/ Steven M. Hanle
                                   Steven M. Hanle
                                   Jason H. Anderson
                                   Ahmad S. Takouche

317509792.2

|   |   |   |
|---|---|---|
| | | Attorneys for MRM Investments, LLC |
| Dated: January 23, 2024 | | K&L GATES, LLP |
| | | By: /s/ Daniel M. Eliades |
| | | Attorneys for Corcoran Group, LLC |
| DATED: January 23, 2024 | | Goe Forsythe & Hodges LLP |
| | | By: /s/ Marc C. Forsythe |
| | | Attorneys for Michael Mahon and Pamela Mahon |

317509792.2