1    Jonathan P. Hersey (SBN 189240)
     Damon M. Pitt (SBN 291473)
2    **K&L GATES LLP**
     1 Park Plaza
3    Twelfth Floor
     Irvine, CA 92614
4    Telephone: (949) 253-0900
     Facsimile: (949) 253 0902
5    Email: damon.pitt@klgates.com

6    Daniel M Eliades (Admitted *Pro Hac Vice*)
     **K&L Gates LLP**
7    One Newark Center, 10th Floor
     Newark, NJ 07102
8    Telephone: +1 973.848.4018
     Facsimile: +1 973.848.4001
9    Email: Daniel.Eliades@klgates.com

10

11    *Attorneys for Defendant, Counterclaimant, and Third-Party Plaintiff, Corcoran Group LLC*

12

13              UNITED STATES DISTRICT COURT

14            CENTRAL DISTRICT OF CALIFORNIA

15

16    ELI Realty Investments, LLC, a Nevada      Case No. Civil Action No. 8:22-CV-
     limited liability company; Exclusive                     01195
17    Lifestyles SoCal, LLC, a California
     limited liability company; Exclusive
18    Lifestyles San Francisco, Inc., a
     California corporation; Exclusive        **[PROPOSED] ORDER**
19    Lifestyles Ohio, LLC, an Ohio limited    **GRANTING STIPULATION OF**
     liability company; and Exclusive         **DISMISSAL**
20    Lifestyles Las Vegas, LLC, a Nevada
     limited Liability company,             Hon. John W. Holcomb
21
            Plaintiff,                 Counterclaims Filed: January 12,
22                                      2023
     v.
23

24    Corcoran Group LLC, a Delaware
     limited liability company; DOES 1
25    through 10,

26             Defendant.

27    Corcoran Group LLC

28             Counter claimant and
            Third Party Plaintiff,

v.

ELI Realty Investments, LLC; Michael Mahon; Pamela Mahon; MRM Investments, LLC; AIM High Capital Partners, LLC; Libertas Funding LLC; Matek LLC; Exclusive Lifestyles SoCal, LLC; Exclusive Lifestyles San Francisco, Inc.; Exclusive Lifestyles Ohio, LLC; Exclusive Lifestyles Las Vegas, LLC; Exclusive Lifestyles Tahoe, LLC; and DOES 1 - 10

Counterclaim and Third Party Defendants.

Libertas Funding LLC; Michael Mahon Pamela Mahon, and MRM Investments, LLC,

Third Party Counterclaimants,

v.

Corcoran Group, LLC,

Third Party Counterclaim Defendant.

Based upon the Stipulation Regarding the Dismissal of All Counterclaims and Claims of Any Nature Made on Behalf of Michael Mahon, Pamela Mahon, and MRM Investments, LLC (the "Stipulation of Dismissal") filed by the parties to the above-captioned action on January ___, 2024, all counterclaims and claims of any nature made by or on behalf of Michael Mahon, Pamela Mahon, and MRM Investments, LLC, including those alleged in Counts One and Two of Third Party Defendants' Michael Mahon, Pamela Mahon, and MRM Investments, LLC's Counterclaims Against Third Party Counterclaim Defendant Corcoran Group, LLC (ECF No. 102), are hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs, including attorneys' fees other than as agreed by the parties.

1    **SO ORDERED:**

2

3    Dated:_____

4                                              HONORABLE JOHN W. HOLCOMB
                                               UNITED STATES DISTRICT JUDGE
5                        _____

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28