UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI Realty Investments, LLC, a Nevada limited liability company; Exclusive Lifestyles SoCal, LLC, a California limited liability company; Exclusive Lifestyles San Francisco, Inc., a California corporation; Exclusive Lifestyles Ohio, LLC, an Ohio limited liability company; and Exclusive Lifestyles Las Vegas, LLC, a Nevada limited Liability company,<br><br>            Plaintiff,<br><br>  v.<br><br>Corcoran Group LLC, a Delaware limited liability company; DOES 1 through 10,<br><br>            Defendant.<br><br>Corcoran Group LLC<br><br>            Counterclaimant and Third Party Plaintiff,<br><br>  v.<br><br>ELI Realty Investments, LLC; Michael Mahon; Pamela Mahon; MRM Investments, LLC; AIM High Capital Partners, LLC; Libertas Funding LLC; Matek LLC; Exclusive Lifestyles SoCal, LLC; Exclusive Lifestyles San Francisco, Inc.; Exclusive Lifestyles Ohio, LLC; Exclusive Lifestyles Las Vegas, LLC; | Case No. Civil Action No. 8:22-CV-01195<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL**<br><br>Hon. John W. Holcomb<br><br>Counterclaims Filed: January 12, 2023 |

C:\Users\andradam\Documents\Damon\ELI Realty- Proposed Order Re Stipulation of Dismissal Re Mahon

CIVIL ACTION NO. 8:22-CV-01195

| | |
|---|---|
| 1 | Exclusive Lifestyles Tahoe, LLC; and DOES 1 - 10 |
| 2 | |
| 3 |     Counterclaim and Third Party Defendants. |
| 4 | Libertas Funding LLC; Michael Mahon Pamela Mahon, and MRM Investments, LLC, |
| 5 | |
| 6 |     Third Party Counterclaimants, |
| 7 | |
| 8 |  v. |
| 9 | Corcoran Group, LLC, |
| 10 |     Third Party Counterclaim Defendant. |

C:\Users\andradam\Documents\Damon\ELI Realty-
Proposed Order Re Stipulation of Dismissal Re Mahon

- 2 -   CIVIL ACTION NO. 8:22-CV-01195

Based upon the Stipulation Regarding the Dismissal of All Counterclaims and Claims of Any Nature Made on Behalf of Michael Mahon, Pamela Mahon, and MRM Investments, LLC (the "Stipulation of Dismissal") filed by the parties to the above-captioned action on January 23, 2024, it is hereby **ORDERED** as follows:

1. All counterclaims and claims of any nature made by or on behalf of Michael Mahon, Pamela Mahon, and MRM Investments, LLC, including those alleged in Counts One and Two of Third Party Defendants' Michael Mahon, Pamela Mahon, and MRM Investments, LLC's Counterclaims Against Third Party Counterclaim Defendant Corcoran Group, LLC (ECF No. 102), are **DISMISSED with prejudice** pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. Each party shall bear its own costs, including attorneys' fees, other than as agreed by the parties.

**IT IS SO ORDERED.**

Dated: January 23, 2024

HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE