UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:22-cv-01195 JWH(ADSx)                              Date: March 4, 2024

Title: *ELI Realty Investments, LLC, et al. v. Corcoran Group, LLC, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | CS 03/04/2024 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s):  Attorney(s) Present for Defendant(s):
NONE PRESENT                           Damon M. Pitt
                                       Daniel M. Eliades

Attorney Present for Non-Party First Team Real Estate:  Leilani Jones

**Proceedings:**     **CONTINUED INFORMAL DISCOVERY CONFERENCE**

Continued Informal Discovery Conference between Defendant Corcoran Group, LLC and non-party First Team Real Estate held as a follow up from prior January 29, 2024 conference [148]. The Court orders First Team Real Estate to produce responsive documents and text messages by no later than close of business on March 15, 2024.

**IT IS SO ORDERED.**

                                                                        :20
                                                Initials of Preparer    kh