1 Jonathan P. Hersey (SBN 189240)
Damon M. Pitt (SBN 291473)

2 **K&L GATES LLP**
1 Park Plaza

3 Twelfth Floor
Irvine, CA 92614

4 Telephone:  (949) 253-0900
Facsimile:   (949) 253 0902

5 Email: damon.pitt@klgates.com

6 Daniel M Eliades (Admitted *Pro Hac Vice*)
**K&L Gates LLP**

7 One Newark Center, 10th Floor
Newark, NJ  07102

8 Telephone: +1 973.848.4018
Facsimile: +1 973.848.4001

9 Email: Daniel.Eliades@klgates.com

10 *Attorneys for Defendant, Counterclaimant, and Third-Party Plaintiff, Corcoran Group LLC*

11

UNITED STATES DISTRICT COURT

12

CENTRAL DISTRICT OF CALIFORNIA

13

14

15 ELI Realty Investments, LLC, a Nevada limited liability company; Exclusive Lifestyles SoCal, LLC, a California limited liability

16 company; Exclusive Lifestyles San Francisco, Inc., a California corporation; Exclusive

17 Lifestyles Ohio, LLC, an Ohio limited liability company; and Exclusive Lifestyles Las Vegas,

18 LLC, a Nevada limited Liability company,

19          Plaintiff,

20     v.

21 Corcoran Group LLC, a Delaware limited liability company; DOES 1 through 10,

22          Defendant.

23 Corcoran Group LLC

24          Counter claimant and

25          Third Party Plaintiff,

26     v.

27 ELI Realty Investments, LLC; Michael Mahon; Pamela Mahon; MRM Investments, LLC; AIM

28 High Capital Partners, LLC; Libertas Funding LLC; Matek LLC; Exclusive Lifestyles SoCal,

Case No. Civil Action No. 8:22-CV-01195

LLC; Exclusive Lifestyles San Francisco, Inc.; Exclusive Lifestyles Ohio, LLC; Exclusive Lifestyles Las Vegas, LLC; Exclusive Lifestyles Tahoe, LLC; and DOES 1 - 10

        Counterclaim and Third Party Defendants.

Libertas Funding LLC; Michael Mahon Pamela Mahon, and MRM Investments, LLC,

        Third Party Counterclaimants,

      v.

Corcoran Group, LLC,

        Third Party Counterclaim Defendant.

## DECLARATION OF JACQUELINE BERTET

Jacqueline Bertet, of full age, hereby declares pursuant to Title 28 of the United States Code, Section 1746, as follows:

1.    I am the Senior Director of Real Estate Financial Services at Anywhere Brands LLC. Anywhere Brands LLC is an affiliate company of Corcoran Group LLC ("Corcoran"). I make this Declaration based on my personal knowledge, a review of the records of Corcoran, a review of pleadings publically filed, and information available through employees and representatives of Corcoran. I am authorized to submit this Declaration in support of Corcoran's Motion for Summary Judgment against Exclusive Lifestyles San Francisco, Inc. ("Exclusive San Francisco"), Exclusive Lifestyles SoCal, LLC ("Exclusive SoCal"), Exclusive Lifestyles Las Vegas, LLC ("Exclusive Las Vegas"), Exclusive Lifestyles Tahoe, LLC ("Exclusive Tahoe"), and Exclusive Lifestyles Ohio, LLC ("Exclusive Ohio").

2.    Shail Sapra, Vice President of Finance at Anywhere Brands, submitted a prior Declaration in this litigation on January 30, 2023 (ECF 106-3) ("Sapra Dec.") in support of Corcoran's motion for the appointment of a receiver for ELI Realty Investments, LLC ("ELI Realty").

317807686.6

**A.       Amounts Due Under JV Franchise Agreements.**

3.       Paragraph 149 of the Sapra Dec. sets forth amounts due and demanded in the Terminations Notices.

4.       Paragraph 151 of the Sapra Dec. confirms that ELI Realty and the JV Franchisees had not paid Corcoran any portions of the amounts due and demanded in the Terminations Notices as of the date of the Sapra Dec.

5.       To date, ELI Realty and the JV Franchisees have not paid Corcoran any portion of the amounts due and demanded in the Termination Notices.

6.       Paragraph 155 of the Sapra Dec confirms that ELI Realty and the JV Franchisees had failed to remit to Corcoran any of Corcoran's collateral or the proceeds thereof as of the date of the Sapra Dec. Since the date of the Sapra Dec., ELI Realty and the JV Franchisees have failed to remit to Corcoran any of Corcoran's collateral or the proceeds thereof.

7.       Section 16.7.2 of the each of the Franchise Agreements of the JV Franchisees require each JV Franchisee to pay Corcoran certain liquidated damages in the event of that the subject Franchise Agreement is terminated before the "Expiration Date" (as defined in the Franchise Agreement), other than by mutual consent.

8.       By the Termination Notices, Corcoran terminated the JV Franchise Agreements before their "Expiration Date" (as defined in the Franchise Agreement).

9.       Section 16.7.2 of the each of the Franchise Agreements provides:

> **16.7.2** *If an "early termination" of this Agreement occurs (which will mean any termination of the Agreement before the Expiration Date, other than a mutual termination under Section 16.2.1 or termination by you under Section 16.2.5), you will immediately pay us liquidated damages. The parties agree that it would be impracticable or extremely difficult to calculate the actual amount you would have been obligated to pay as Royalty Fees, New Development Services Royalty Fees, BMF contributions, and other fees due under this Agreement through the Expiration Date and that the following method of calculation represents a fair and reasonable estimate of our damages: Liquidated damages will be equal to the combined monthly average of Royalty Fees, New Development Services Royalty Fees, BMF contributions, and any other fees under this Agreement (without regard to any fee waivers or other reductions) payable from the Opening Date through the date of early termination, multiplied by the lesser of (i) thirty-six (36) or (ii) the number of full months remaining in the Term.*

317807686.6

10.     After application of the formula set forth in Section 16.7.2 of the Franchise Agreements, the JV Franchisees are indebted to Corcoran for liquidated damages under the applicable Franchise Agreements as follows:

(i)     **$976,185** from Exclusive San Francisco;

(ii)    **$6,310,686** from Exclusive SoCal;

(iii)   **$1,631,189** from Exclusive Ohio;

(iv)    **$1,255,108** from Exclusive Las Vegas; and

(iv)    **$3,834,426** from Exclusive Tahoe.

**B.     Current Condition of ELI Realty and the JV Franchisees.**

11.     Upon information and belief, ELI Realty and the JV Franchisees are no longer conducting brokerage operations.

12.     Upon information and belief, all or nearly all of the real estate agents formerly associated with ELI Realty and the JV Franchisees have disassociated from ELI Realty and the JV Franchisees.

13.     On January 30, 2023, Corcoran filed a Motion to Appoint a Receiver for ELI Realty, (ECF No. 106), which motion was granted effective March 8, 2023. (ECF No. 131). Upon information and belief, the receiver of ELI Realty is liquidating the property of ELI Realty.

I hereby declare that the foregoing statements made by me are true and that this Declaration is executed under penalty of perjury. I am aware that if any of the foregoing statements made by me are willfully false, that I am subject to punishment.

Dated: March 7, 2024

By: _____
Jacqueline Bertet
Senior Director of Real Estate Financial
Services, Anywhere Real Estate Inc.

317807686.6

- 4 -

CIVIL ACTION NO. 8:22-CV-01195