Jonathan P. Hersey (SBN 189240)
Damon M. Pitt (SBN 291473)
**K&L GATES LLP**
1 Park Plaza
Twelfth Floor
Irvine, CA 92614
Telephone: (949) 253-0900
Facsimile:  (949) 253 0902
Email: damon.pitt@klgates.com

Daniel M Eliades (Admitted *Pro Hac Vice*)
**K&L Gates LLP**
One Newark Center, 10th Floor
Newark, NJ  07102
Telephone: +1 973.848.4018
Facsimile: +1 973.848.4001
Email: Daniel.Eliades@klgates.com

*Attorneys for Defendant, Counterclaimant, and Third-Party Plaintiff, Corcoran Group LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI Realty Investments, LLC, a Nevada limited liability company; Exclusive Lifestyles SoCal, LLC, a California limited liability company; Exclusive Lifestyles San Francisco, Inc., a California corporation; Exclusive Lifestyles Ohio, LLC, an Ohio limited liability company; and Exclusive Lifestyles Las Vegas, LLC, a Nevada limited Liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>Corcoran Group LLC, a Delaware limited liability company; DOES 1 through 10,<br><br>    Defendant.<br><br>Corcoran Group LLC<br><br>    Counter claimant and Third Party Plaintiff, | Case No. Civil Action No. 8:22-CV-01195 |

317170399.1

|   |   |
|---|---|
| | v. |
| | ELI Realty Investments, LLC; Michael Mahon; Pamela Mahon; MRM Investments, LLC; AIM High Capital Partners, LLC; Libertas Funding LLC; Matek LLC; Exclusive Lifestyles SoCal, LLC; Exclusive Lifestyles San Francisco, Inc.; Exclusive Lifestyles Ohio, LLC; Exclusive Lifestyles Las Vegas, LLC; Exclusive Lifestyles Tahoe, LLC; and DOES 1 - 10 |
| |         Counterclaim and Third Party Defendants. |
| | Libertas Funding LLC; Michael Mahon Pamela Mahon, and MRM Investments, LLC, |
| |         Third Party Counterclaimants, |
| | v. |
| | Corcoran Group, LLC, |
| |         Third Party Counterclaim Defendant. |

## DECLARATION OF DANIEL M. ELIADES

I, Daniel M. Eliades, of full age, declare as follows:

1. I am a partner at the law firm of K&L Gates LLP and counsel to Corcoran Group LLC ("Corcoran"). I make this declaration in support of Corcoran's Motion for Summary Judgment.

2. Attached as **Exhibit A** is Proof of Claim No. 1-1 filed in the Chapter 7 Bankruptcy Case of Michael Mahon and Pamela Mahon filed in the Central District of California under Case No.: 23-bk-11395-TA.

3. Attached at **Exhibit B** is a true copy of a Stipulation By and Among Michael Mahon and Pamela Mahon and Corcoran Group LLC filed in Case No.: 23-bk-11395-TA, ECF No. 67, dated November 17, 2023.

317170399.1

4.      Attached at **Exhibit C** is a true copy of the Order Approving Stipulation By and Among Michael Mahon and Pamela Mahon and Corcoran Group LLC filed and entered in Case No.: 23-bk-11395-TA on November 22, 2023, ECF No. 69.

5.      Attached as **Exhibit D** is the true copy of a stipulation entered into between Richard A. Marshack and Corcoran dated December 27, 2023, and the order approving the stipulation that was entered by the Bankruptcy Court on January 23, 2024, in Case No.: 23-bk-11395-TA, ECF Nos. 85 and 87, respectively.

6.      Attached as **Exhibit E** is a true copy of the discharge received by Michael Mahon and Pamela Mahon in Case No.: 23-bk-11395-TA.

7.      Attached as **Exhibit F** is a true copy of the unpublished Finding of Facts and Conclusions of Law from *Coldwell Banker Real Estate LLC v. Bellmarc Group LLC*, (September 9, 2021, D.N.J).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is correct.

Dated:     March 13, 2024         By: */s/ Daniel M. Eliades*  
                                                   Daniel M. Eliades