# **EXHIBIT B**

Marc C Forsythe
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614
Telephone: 949-798-2460
Facsimile: 949-955-9437
Email: mforsythe@geoforlaw.com
  *Attorney for Debtors*

Jonathan P. Hersey (SBN 189240)
Damon M. Pitt (SBN 291473)
K&L Gates LLP
1 Park Plaza
Twelfth Floor
Irvine, CA 92614
Telephone:  (949) 253-0900
Facsimile:   (949) 253 0902
Email: damon.pitt@klgates.com

Daniel M. Eliades (*Admitted Pro Hac Vice*)
K&L GATES LLP
One Newark Center, 10th Floor
Newark, NJ 07102
Telephone: 973.848.4018
Facsimile: 973.848.4001
Email: Daniel.Eliades@klgates.com
  *Attorney for Corcoran Group LLC*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA

| | |
|---|---|
| In re: | Case No. 8:23-bk-11395-TA |
| **MICHAEL MAHON AND PAMELA MAHON,** | Chapter No. 7 |
| Debtors. | **STIPULATION BY AND AMONG DEBTORS AND CORCORAN GROUP LLC** |
| | [No Hearing Required] |

This Stipulation is made by and among Corcoran Group, LLC ("Corcoran") and Michael Mahon and Pamela Mahon ("Debtors") to resolve claims by and between Corcoran and Debtors as set forth herein.

317066465.1

**RECITALS**

1.      Debtors filed a voluntary petition under Chapter 7 of the Bankruptcy Code on July 10, 2023 (the "Petition Date"). Richard A. Marshack was appointed and is currently acting as the Chapter 7 Trustee in the Bankruptcy Case (the "Chapter 7 Trustee").

2.      Prior to the Petition Date, Corcoran and Debtors were parties to litigation captioned *ELI Realty Investments, LLC, et al. v. Corcoran Group LLC, et al.,* which is pending in the United States District Court for the Central District of California under Case No.: 8:22-CV- 01195-JWH-ADS (the "District Court Action"). The District Court Action is pending.

3.      The District Court Action is stayed as to Debtors because of the within bankruptcy filing, pursuant to the applicable provisions of 11 U.S.C. § 362

4.      On August 21, 2023, Corcoran filed a proof of claim in this bankruptcy case asserting that Debtors were indebted to Corcoran in an amount of at least $20,781,687.19 as of the Petition Date (the "Corcoran POC"). Claim No. 1-1. The bases for Corcoran's proof of claim are certain of the claims asserted by Corcoran against Debtors in the District Court Action. There has been no filed objection to the Corcoran POC.

5.      On October 20, 2023, Corcoran and Debtors filed a Stipulation to extend the deadline for Corcoran to file a timely complaint against the Debtors under 11 U.S.C. § 523 in order to allow the parties to conclude their discussions. ECF No. 50.

6.      Pursuant to an order entered on October 20, 2023 (ECF No. 52), the deadline for Corcoran to file a timely complaint against the Debtors under 11 U.S.C. § 523 was extended to and including November 20, 2023.

7.      Corcoran and Debtors have engaged in discussions concerning a resolution of various claims, including Corcoran's potential claims pursuant to 11 U.S.C. § 523. In consideration of the terms of this Stipulation, Corcoran and Debtors have agreed, among other things, that

Corcoran shall not file a complaint against the Debtors in this bankruptcy case under 11 U.S.C. § 523.

## II. STIPULATION

**WHEREFORE,** Corcoran and Debtors, subject to Court approval, agree to the following:

1. Debtors' shall not: (a) object to the nature, extent or validity of the Corcoran POC in the amount of $20,781,687.19; (b) support any objection to the Corcoran POC by another party; or (c) object to any distribution to Corcoran from their bankruptcy estate on account of the Corcoran POC. Debtors and Corcoran acknowledge the Chapter 7 Trustee retains all rights to object to the Corcoran POC and all distributions from this Bankruptcy Case.

2. Debtors' hereby consent to the allowance of the Corcoran POC in their bankruptcy proceeding in the amount of $20,781,687.19. Debtors and Corcoran acknowledge the Chapter 7 Trustee retains all rights to object to the Corcoran POC.

3. Debtors' shall not prosecute or pursue any counterclaims or claims of any nature on behalf of Michael Mahon, Pamela Mahon, and/or MRM Investments LLC against Corcoran in the District Court Action. Debtors and Corcoran acknowledge the Chapter 7 Trustee retains all rights to prosecute or pursue any counterclaims or claims of any nature on behalf of Michael Mahon, Pamela Mahon, and/or MRM Investments LLC against Corcoran in the District Court Action.

4. Debtors' hereby consent to the dismissal, with prejudice, of all counterclaims and claims of any nature on behalf of Michael Mahon, Pamela Mahon, and MRM Investments LLC against Corcoran in the District Court Action (the "Dismissal"), provided that such Dismissal shall be subject to: (a) effective abandonment of such claims by the duly appointed chapter 7 trustee in the Debtors' bankruptcy proceeding (the "Trustee"); (b) consent of the Trustee to the Dismissal approved by subsequent court order; or (c) entry of an order or judgment in the District Court Action, after the applicable provisions of 11 U.S.C. § 362 have expired or been modified. Upon any future request of Corcoran, Debtors' shall consent to modify the applicable provisions of 11 U.S.C. § 362 in order to allow Corcoran to seek dismissal, with prejudice, of all counterclaims and claims of any nature on behalf of Michael Mahon, Pamela Mahon, and MRM Investments LLC against Corcoran in the District Court Action.

317066465.1

STIPULATION OF CORCORAN GROUP, LLC AND DEBTORS 8:23-BK-11395-TA

5. Debtors' hereby stipulate that all counterclaims and claims of any nature on behalf of Michael Mahon, Pamela Mahon, and MRM Investments LLC against Corcoran in the District Court Action (the "Mahon Claims") cannot be sustained, are burdensome to the Debtors' bankruptcy estate, and are of inconsequential value and benefit to the Debtors' bankruptcy estate. Notwithstanding such stipulation, Debtors and Corcoran acknowledge the Chapter 7 Trustee retains all rights to prosecute or pursue any counterclaims or claims of any nature on behalf of Michael Mahon, Pamela Mahon, and/or MRM Investments LLC against Corcoran in the District Court Action.

6. Debtors' shall not to object to Corcoran's request(s) for judgment against any other party in the District Court Action, or take any action to interfere with any such request(s), provided that this shall not prevent Debtors from providing truthful testimony in response to a deposition or trial subpoena from another party in the District Court Action.

7. Corcoran shall not file a complaint against the Debtors in this bankruptcy case under 11 U.S.C. § 523.

8. If an order approving the terms in this Stipulation is not entered by November 20, 2023, Debtors shall agree (for the sole purpose of obtaining Court approval of this Stipulation) to extend the deadline for Corcoran to file a timely complaint under 11 U.S.C. § 523 from November 20, 2023 up to and including December 11, 2023. The extension provided for herein applies only to claims of Corcoran under 11 U.S.C. § 523 and not to any cause of action of Corcoran under 11 U.S.C. § 727. Any extension does not alter the other terms of the Stipulation.

9. Debtors and Corcoran, jointly and severally, acknowledge that nothing contained in this Stipulation is binding on or modifies, alters or in any way effects the rights, obligations and duties of the Chapter 7 Trustee or any other party to this bankruptcy proceeding, that nothing contained in this Stipulation confers any rights in the Debtors and/or Corcoran that they otherwise are not entitled to in this Chapter 7 bankruptcy case, and that Debtors and Corcoran acknowledge that nothing in this Stipulation excuses those parties from responding to discovery requests of the Trustee.

317066465.1

10. Debtors further confirm that nothing in this Stipulation alters Debtors' responsibilities and duties under the Code, specifically to cooperate with the Chapter 7 Trustee and provide documents and/or information as requested if such documents and/or information is within their possession, custody of control.

IT IS SO STIPULATED AND AGREED.

**CORCORAN GROUP, LLC**

By: *[signature]*

**MICHAEL MAHON**

_____

**PAMELA MAHON**

_____

317066465.1

10. Debtors further confirm that nothing in this Stipulation alters Debtors' responsibilities and duties under the Code, specifically to cooperate with the Chapter 7 Trustee and provide documents and/or information as requested if such documents and/or information is within their possession, custody of control.

**IT IS SO STIPULATED AND AGREED.**

                    **CORCORAN GROUP, LLC**

                    By:_____

                    **MICHAEL MAHON**

                    **PAMELA MAHON**

317066465.1

- 5 -  STIPULATION OF CORCORAN GROUP, LLC AND DEBTORS 8:23-BK-11395-TA

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 17701 Cowan, Suite 210, Building D, Irvine, CA 92614

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION BY AND AMONG DEBTORS AND CORCORAN GROUP LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 17, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) November 17, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) November 17, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

THE REQUIREMENT OF LBR 5005-2(d) TO PROVIDE JUDGES COPIES IS SUSPENDED AT THIS TIME

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 17, 2023 | Danielle Cyrankowski | /s/ *Danielle Cyrankowski* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

PROOF.SERVICE

**Mailing Information for Case 8:23-bk-11395-TA**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Kyra E Andrassy**     kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Chad L Butler**     caecf@tblaw.com
- **Caitlin C Conklin**     caitlin.conklin@leclairryan.com
- **Daniel M Eliades**     Daniel.eliades@klgates.com, caitlin.conklin@klgates.com
- **Marc C Forsythe**     mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com
- **Miles D Grant**     miles@grantandzeko.com
- **Jonathan P Hersey**     jonathan.hersey@klgates.com, connie-marie.pruitt@klgates.com
- **Melissa Davis Lowe**     mlowe@shulmanbastian.com, avernon@shulmanbastian.com
- **Patricia H Lyon**     phlyon@frenchlyontang.com, mwoodward@frenchlyontang.com
- **Richard A Marshack (TR)**     pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Amitkumar Sharma**     amit.sharma@aisinfo.com
- **Leonard M Shulman**     lshulman@shulmanbastian.com
- **Corey E Taylor**     corey@taylorlawoc.com
- **United States Trustee (SA)**     ustpregion16.sa.ecf@usdoj.go

**Manual Notice List**

**Michelle Cardoza**
5106 Silver Lake Drive
Santa Rosa, CA 95409

**Shulman Bastion Friedman & Bui LLP**
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618