# **EXHIBIT D**

Jonathan P. Hersey (SBN 189240)
Damon M. Pitt (SBN 291473)
K&L Gates LLP
1 Park Plaza
Twelfth Floor
Irvine, CA 92614
Telephone: (949) 253-0900
Facsimile: (949) 253 0902
Email: damon.pitt@klgates.com

Daniel M. Eliades (*Admitted Pro Hac Vice*)
K&L GATES LLP
One Newark Center, 10th Floor
Newark, NJ 07102
Telephone: 973.848.4018
Facsimile: 973.848.4001
Email: Daniel.Eliades@klgates.com
*Attorney for Corcoran Group LLC*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA**

| | |
|---|---|
| In re:<br>**MICHAEL MAHON AND PAMELA MAHON,**<br>Debtors. | Case No. 8:23-bk-11395-TA<br>Chapter No. 7<br>**STIPULATION BY AND AMONG CHAPTER 7 TRUSTEE AND CORCORAN GROUP LLC FOR ABANDONMENT OF CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 554**<br><br>[No Hearing Required] |

This Stipulation is made by and among Corcoran Group, LLC ("Corcoran") and Richard A. Marshack, the Chapter 7 Trustee in the above captioned bankruptcy case (the "Trustee") regarding abandonment of certain property of the bankruptcy estate as set forth herein.

317269666.1

**RECITALS**

1.   Debtors filed a voluntary petition under Chapter 7 of the Bankruptcy Code on July 10, 2023 (the "Petition Date").  Richard A. Marshack was appointed and is currently acting as the Chapter 7 Trustee in the Bankruptcy Case.

2.   Prior to the Petition Date, Corcoran and Debtors were parties to litigation captioned *ELI Realty Investments, LLC, et al. v. Corcoran Group LLC, et al.,* which is pending in the United States District Court for the Central District of California under Case No.: 8:22-CV- 01195-JWH-ADS (the "District Court Action").  The District Court Action is pending.

3.   The District Court Action is stayed as to Debtors because of the within bankruptcy filing, pursuant to the applicable provisions of 11 U.S.C. § 362

4.   On August 21, 2023, Corcoran filed a proof of claim in this bankruptcy case asserting that Debtors were indebted to Corcoran in an amount of at least $20,781,687.19 as of the Petition Date (the "Corcoran POC"). Claim No. 1-1. The bases for Corcoran's proof of claim are certain of the claims asserted by Corcoran against Debtors in the District Court Action.  There has been no filed objection to the Corcoran POC.

5.   Debtors filed certain counterclaims and claims against Corcoran in the District Court Action, on behalf of themselves and MRM Investments LLC (the "Mahon Claims").

6.   In a Stipulation filed in the Bankruptcy Case on November 17, 2023 (ECF No. 67) (the "Debtor-Corcoran Stipulation"), the Debtors' stipulated and agreed to the following:

> 3.   Debtors' shall not prosecute or pursue any counterclaims or claims of any nature on behalf of Michael Mahon, Pamela Mahon, and/or MRM Investments LLC against Corcoran in the District Court Action.  Debtors and Corcoran acknowledge the Chapter 7 Trustee retains all rights to prosecute or pursue any counterclaims or claims of

317269666.1

- 2 -

*any nature on behalf of Michael Mahon, Pamela Mahon, and/or MRM Investments LLC against Corcoran in the District Court Action.*

4. *Debtors' hereby consent to the dismissal, with prejudice, of all counterclaims and claims of any nature on behalf of Michael Mahon, Pamela Mahon, and MRM Investments LLC against Corcoran in the District Court Action (the "<u>Dismissal</u>"), provided that such Dismissal shall be subject to: (a) effective abandonment of such claims by the duly appointed chapter 7 trustee in the Debtors' bankruptcy proceeding (the "<u>Trustee</u>"); (b) consent of the Trustee to the Dismissal approved by subsequent court order; or (c) entry of an order or judgment in the District Court Action, after the applicable provisions of 11 U.S.C. § 362 have expired or been modified. Upon any future request of Corcoran, Debtors' shall consent to modify the applicable provisions of 11 U.S.C. § 362 in order to allow Corcoran to seek dismissal, with prejudice, of all counterclaims and claims of any nature on behalf of Michael Mahon, Pamela Mahon, and MRM Investments LLC against Corcoran in the District Court Action.*

5. ***Debtors' hereby stipulate that all counterclaims and claims of any nature on behalf of Michael Mahon, Pamela Mahon, and MRM Investments LLC against Corcoran in the District Court Action (the "<u>Mahon Claims</u>") cannot be sustained, are burdensome to the Debtors' bankruptcy estate, and are of inconsequential value and benefit to the Debtors' bankruptcy estate.*** *Notwithstanding such stipulation, Debtors and Corcoran acknowledge the Chapter 7 Trustee retains all rights to prosecute or pursue any counterclaims or claims of any nature on behalf of Michael Mahon, Pamela Mahon, and/or MRM Investments LLC against Corcoran in the District Court Action.*

ECF No. 67 (emphasis added).

7. An order approving the Debtor-Corcoran Stipulation was entered on November 22, 2023. ECF No. 69.

317269666.1

- 3 -

STIPULATION OF CORCORAN GROUP, LLC AND TRUSTEE 8:23-BK-11395-TA

8. In light of the Debtors' stipulations in the Debtor-Corcoran Stipulation, and other factors, the Trustee believes that the Mahon Claims are burdensome to the Debtors' bankruptcy estate, or are of inconsequential value and benefit to the Debtors' bankruptcy estate. Accordingly, the Trustee stipulates to abandonment of the Mahon Claims pursuant to 11 U.S.C. § 554.

## II. STIPULATION

**WHEREFORE,** subject to Court approval, the Trustee stipulates to the abandonment of the Mahon Claims pursuant to 11 U.S.C. § 554.

**IT IS SO STIPULATED AND AGREED.**

**K&L GATES LLP**

By: /s/ *Daniel M. Eliades*
    Daniel M. Eliades
    *Attorneys for Corcoran Group, LLC*

**SHULMAN BASTIAN FRIEDMAN & BUI LLP**

By: _____
    Melissa Davis Lowe
    Attorneys for Richard A. Marshack, Trustee

317269666.1

- 4 -

STIPULATION OF CORCORAN GROUP, LLC AND TRUSTEE 8:23-BK-11395-TA

| | |
|---|---|
| 1 | Jonathan P. Hersey (SBN 189240) |
| 2 | Damon M. Pitt (SBN 291473)<br>K&L Gates LLP |
| 3 | 1 Park Plaza<br>Twelfth Floor |
| 4 | Irvine, CA 92614<br>Telephone: (949) 253-0900 |
| 5 | Facsimile: (949) 253-0902<br>Email: Damon.pitt@klgates.com |
| 6 | Daniel M. Eliades (*Pro Hac Vice Pending*) |
| 7 | K&L Gates LLP<br>One Newark Center, 10th Floor |
| 8 | Newark, NJ 07102<br>Telephone: 973.848.4018 |
| 9 | Facsimile: 973.848.4001<br>Email: Daniel.Eliades@klgates.com |
| 10 | *Attorney for Corcoran Group LLC* |

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA

| In re: | Case No. 8:23-bk-11395-TA |
|---|---|
| Michael Mahon and Pamela Mahon, | Chapter No. 7 |
| Debtors. | **ORDER APPROVING STIPULATION BY AND AMONG THE CHAPTER 7 TRUSTEE AND CORCORAN GROUP LLC TO ABANDON CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 554** |

The Court having read and reviewed the Stipulation by and among Richard A. Marshack, the Chapter 7 Trustee in the above captioned bankruptcy case (the "Trustee"), and Corcoran Group, LLC for abandonment of certain claims pursuant to 11 U.S.C. § 554 ("Stipulation") filed on December 26, 2023, and finding no objection thereto, and good cause having been shown,

**IT IS ORDERED** that the Stipulation is approved.

317271028.1

ORDER APPROVING STIPULATION TO
EXTEND THE DEADLINE TO OBJECT TO
THE DEBTOR'S DISCHARGE
8:23-BK-11395-TA

**IT IS FURTHER ORDERED** that all counterclaims and claims of any nature on behalf of Michael Mahon, Pamela Mahon, and MRM Investments LLC against Corcoran Group LLC in the litigation captioned *ELI Realty Investments, LLC, et al. v. Corcoran Group LLC, et al.,* which is pending in the United States District Court for the Central District of California under Case No.: 8:22-CV- 01195-JWH-ADS, are hereby abandoned by the Trustee pursuant to 11 U.S.C. § 554.

Dated: December __, 2023

_____
Honorable Theodor C. Albert
United States Bankruptcy Judge

317271028.1

- 2 -

ORDER APPROVING STIPULATION BY
AND AMONG THE CHAPTER 7 TRUSTEE
AND CORCORAN GROUP LLC TO
ABANDON CERTAIN CLAIMS
8:23-BK-11395-TA

```
Jonathan P. Hersey (SBN 189240)
Damon M. Pitt (SBN 291473)
K&L Gates LLP
1 Park Plaza
Twelfth Floor
Irvine, CA 92614
Telephone: (949) 253-0900
Facsimile: (949) 253-0902
Email: Damon.pitt@klgates.com

Daniel M. Eliades (Pro Hac Vice Pending)
K&L Gates LLP
One Newark Center, 10th Floor
Newark, NJ 07102
Telephone: 973.848.4018
Facsimile: 973.848.4001
Email: Daniel.Eliades@klgates.com
```

**FILED & ENTERED**

**JAN 03 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus DEPUTY CLERK**

*Attorney for Corcoran Group LLC*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

| | |
|---|---|
| In re: | Case No. 8:23-bk-11395-TA |
| Michael Mahon and Pamela Mahon, | Chapter No. 7 |
| Debtors. | **ORDER APPROVING STIPULATION BY AND AMONG THE CHAPTER 7 TRUSTEE AND CORCORAN GROUP LLC TO ABANDON CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 554** |

The Court having read and reviewed the Stipulation by and among Richard A. Marshack, the Chapter 7 Trustee in the above captioned bankruptcy case (the "Trustee"), and Corcoran Group, LLC for abandonment of certain claims pursuant to 11 U.S.C. § 554 ("Stipulation") filed on December 26, 2023, and finding no objection thereto, and good cause having been shown,

**IT IS ORDERED** that the Stipulation is approved.

317271028.1

ORDER APPROVING STIPULATION TO
EXTEND THE DEADLINE TO OBJECT TO
THE DEBTOR'S DISCHARGE
8:23-BK-11395-TA

1    **IT IS FURTHER ORDERED** that all counterclaims and claims of any nature on behalf of
2    Michael Mahon, Pamela Mahon, and MRM Investments LLC against Corcoran Group LLC in the
3    litigation captioned *ELI Realty Investments, LLC, et al. v. Corcoran Group LLC, et al.,* which is
4    pending in the United States District Court for the Central District of California under Case No.:
5    8:22-CV- 01195-JWH-ADS, are hereby abandoned by the Trustee pursuant to 11 U.S.C. § 554.

6    ###

Date: January 3, 2024

Theodor C. Albert
United States Bankruptcy Judge

317271028.1

- 2 -

ORDER APPROVING STIPULATION BY
AND AMONG THE CHAPTER 7 TRUSTEE
AND CORCORAN GROUP LLC TO
ABANDON CERTAIN CLAIMS
8:23-BK-11395-TA