```
1   Jonathan P. Hersey (SBN 189240)
    Damon M. Pitt (SBN 291473)
2   K&L GATES LLP
    1 Park Plaza
3   Twelfth Floor
    Irvine, CA 92614
4   Telephone:  (949) 253-0900
    Facsimile:   (949) 253 0902
5   Email: damon.pitt@klgates.com

6   Daniel M Eliades (Admitted Pro Hac Vice)
    K&L Gates LLP
7   One Newark Center, 10th Floor
    Newark, NJ  07102
8   Telephone: +1 973.848.4018
    Facsimile: +1 973.848.4001
9   Email: Daniel.Eliades@klgates.com
```

*Attorneys for Defendant, Counterclaimant, and Third-Party Plaintiff, Corcoran Group LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI Realty Investments, LLC, a Nevada limited liability company; Exclusive Lifestyles SoCal, LLC, a California limited liability company; Exclusive Lifestyles San Francisco, Inc., a California corporation; Exclusive Lifestyles Ohio, LLC, an Ohio limited liability company; and Exclusive Lifestyles Las Vegas, LLC, a Nevada limited Liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>Corcoran Group LLC, a Delaware limited liability company; DOES 1 through 10,<br><br>    Defendant.<br><br>Corcoran Group LLC<br><br>    Counter claimant and<br>    Third Party Plaintiff,<br><br>  v.<br><br>ELI Realty Investments, LLC; Michael Mahon; Pamela Mahon; MRM Investments, LLC; AIM | Case No. Civil Action No. 8:22-CV-01195<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS AND FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hon. John W. Holcomb |

317895484.3

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | High Capital Partners, LLC; Libertas Funding LLC; Matek LLC; Exclusive Lifestyles SoCal, LLC; Exclusive Lifestyles San Francisco, Inc.; Exclusive Lifestyles Ohio, LLC; Exclusive Lifestyles Las Vegas, LLC; Exclusive Lifestyles Tahoe, LLC; and DOES 1 - 10<br><br>     Counterclaim and Third Party Defendants. |
| 6<br>7<br>8 | Libertas Funding LLC; Michael Mahon Pamela Mahon, and MRM Investments, LLC,<br><br>     Third Party Counterclaimants, |
| 9 |   v. |
| 10 | Corcoran Group, LLC, |
| 11<br>12 |      Third Party Counterclaim Defendant. |

THIS MATTER having been presented to the Court upon the Motion of Corcoran Group LLC ("Corcoran") for, among other things, (i) dismissal of the claims of Exclusive Lifestyles SoCal, LLC, Exclusive Lifestyles San Francisco, Inc., Exclusive Lifestyles Ohio, LLC, and Exclusive Lifestyles Las Vegas, LLC, against Corcoran pursuant to Fed. R. Civ. P. 41(b) and Cal. Local Civ. Rule 41-1; and (ii) partial summary judgment against Exclusive Lifestyles SoCal, LLC, Exclusive Lifestyles San Francisco, Inc., Exclusive Lifestyles Ohio, LLC, Exclusive Lifestyles Las Vegas, LLC and Exclusive Lifestyles Tahoe, LLC (collectively, the "JV Franchisees") pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56-1 (the "Motion"); and sufficient notice of the Motion having been provided; and the Court having reviewed Corcoran's Motion and reply papers, if any, and any opposition field to the Motion; and having considered the arguments of counsel; and for good cause shown;

    **IT IS HEREBY ORDERED, ADJUDGED,** and **DECREED** as follows:

   1.  The Motion is GRANTED.

   2.  All claims and counterclaims of any nature which are or which could have been raised in this action by JV Franchisees against Corcoran are hereby dismissed, with prejudice, including but not limited to all claims raised by or on behalf of JV Franchisees in counts Twenty-

| | |
|---|---|
| 1 | Four, Twenty-Five, Twenty-Seven, Twenty-Nine, Thirty, Thirty-Two, Thirty-Four, Thirty-Five, |
| 2 | Thirty-Seven, Thirty-Nine, Forty, Forty-Two, Forty-Four, and Forty-Five of the Complaint. |
| 3 | 3.   Judgment is hereby entered in favor of Corcoran Group LLC against Exclusive |
| 4 | Lifestyles SoCal, LLC on Count Thirty of the Amended Third-Party Complaint (as defined in the R. |
| 5 | 56 Statement) in the amount of (i) **$1,298,066** for outstanding Royalty Fees, Brand Marketing Fund |
| 6 | contributions and other amounts due under the applicable franchise agreement as of October 31, |
| 7 | 2022, plus interest on the foregoing amount at the annual rate of 18% from December 2, 2022 |
| 8 | through and including the date of this judgment; (ii) **$6,310,686** for liquidated damages due under |
| 9 | the applicable franchise agreement; (iii) attorney fees, if any, awarded by subsequent order of this |
| 10 | Court; plus (iv) lawful interest from the date hereof. |
| 11 | 4.   Judgment is hereby entered in favor of Corcoran Group LLC against Exclusive |
| 12 | Lifestyles San Francisco, Inc. on Count Twenty-Five of the Amended Third-Party Complaint (as |
| 13 | defined in the R. 56 Statement) in the amount of (i) **$1,703,699** for outstanding Royalty Fees, Brand |
| 14 | Marketing Fund contributions and other amounts due under the applicable franchise agreement as |
| 15 | of October 31, 2022, plus interest on the foregoing amount at the annual rate of 18% from December |
| 16 | 2, 2022 through and including the date of this judgment; (ii) **$976,185** for liquidated damages due |
| 17 | under the applicable franchise agreement; (iii) attorney fees, if any, awarded by subsequent order |
| 18 | of this Court; plus (iv) lawful interest from the date hereof. |
| 19 | 5.   Judgment is hereby entered in favor of Corcoran Group LLC against Exclusive |
| 20 | Lifestyles Ohio, LLC on Count Thirty-Five of the Amended Third-Party Complaint (as defined in the |
| 21 | R. 56 Statement) in the amount of (i) **$383,993** for outstanding Royalty Fees, Brand Marketing Fund |
| 22 | contributions and other amounts due under the applicable franchise agreement as of October 31, |
| 23 | 2022, plus interest on the foregoing amount at the annual rate of 18% from December 2, 2022 |
| 24 | through and including the date of this judgment; (ii) **$1,631,189** for liquidated damages due under |
| 25 | the applicable franchise agreement; (iii) attorney fees, if any, awarded by subsequent order of this |
| 26 | Court; plus (iv) lawful interest from the date hereof. |
| 27 | 6.   Judgment is hereby entered in favor of Corcoran Group LLC against Exclusive |
| 28 | Lifestyles Las Vegas, LLC on Count Forty of the Amended Third-Party Complaint (as defined in the |

R. 56 Statement) in the amount of (i) **$447,270** for outstanding Royalty Fees, Brand Marketing Fund contributions and other amounts due under the applicable franchise agreement as of October 31, 2022, plus interest on the foregoing amount at the annual rate of 18% from December 2, 2022 through and including the date of this judgment; (ii) **$1,255,108** for liquidated damages due under the applicable franchise agreement; (iii) attorney fees, if any, awarded by subsequent order of this Court; plus (iv) lawful interest from the date hereof.

7. Judgment is hereby entered in favor of Corcoran Group LLC against Exclusive Lifestyles Tahoe, LLC on Count Forty-Five of the Amended Third-Party Complaint (as defined in the R. 56 Statement) in the amount of (i) **$3,834,426** for liquidated damages due under the applicable franchise agreement; (iii) attorney fees, if any, awarded by subsequent order of this Court; plus (iv) lawful interest from the date hereof.

8. Within fifteen days of the date of this Order, each of the JV Franchisees shall provide Corcoran, care of its counsel in this action, with separate written accountings including: (i) a complete inventory of all listings and pending transactions of the Joint Venture Franchisee as of November 21, 2022 (each a "<u>Listing and Pending Report</u>"); and (ii) the identity, location and/or disposition of the items listed in the Listing and Pending Report, as well as any other Corcoran-Exclusive San Francisco Collateral, Corcoran-Exclusive SoCal Collateral, Corcoran-Exclusive Las Vegas Collateral, Corcoran-Exclusive Tahoe Collateral, and Corcoran-Exclusive Ohio Collateral (all as defined in the Motion), as of and subsequent to November 21, 2022.

9. Corcoran may file a motion and accompanying evidence supporting its request for reasonable attorneys' fees and costs within thirty (30) days after entry of this Order.

**SO ORDERED:**

Dated:_____

HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the ____ day of March, 2024, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system. Any other counsel of record who has not registered as an ECF user will be served by facsimile transmission or first class mail.

_____

_____

317895484.3

- 5 -                                              CIVIL ACTION NO. 8:22-CV-01195