Jonathan P. Hersey (SBN 189240)
Damon M. Pitt (SBN 291473)
**K&L GATES LLP**
1 Park Plaza
Twelfth Floor
Irvine, CA 92614
Telephone:  (949) 253-0900
Facsimile:   (949) 253 0902
Email: damon.pitt@klgates.com

Daniel M Eliades (Admitted *Pro Hac Vice*)
**K&L Gates LLP**
One Newark Center, 10th Floor
Newark, NJ  07102
Telephone: +1 973.848.4018
Facsimile: +1 973.848.4001
Email: Daniel.Eliades@klgates.com
*Attorneys for Defendant, Counterclaimant, and Third-Party Plaintiff, Corcoran Group LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI Realty Investments, LLC, a Nevada limited liability company; Exclusive Lifestyles SoCal, LLC, a California limited liability company; Exclusive Lifestyles San Francisco, Inc., a California corporation; Exclusive Lifestyles Ohio, LLC, an Ohio limited liability company; and Exclusive Lifestyles Las Vegas, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>Corcoran Group, LLC, a Delaware limited | Case No. 8:22-CV-01195-JWH-ADS<br><br>**PROOF OF SERVICE OF CORCORAN GROUP LLC'S NOTICE OF MOTION TO DISMISS AND FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:  April 19, 2024<br>Time: 9:00 a.m.<br>Judge: Hon. John W. Holcomb<br>CTRM: 9D, 9th Floor |

1

**PROOF OF SERVICE OF CORCORAN GROUP LLC'S NOTICE OF MOTION TO DISMISS AND FOR PARTIAL SUMMARY JUDGMENT**
8:22-CV-01195-JWH-ADS

| | |
|---|---|
| 1 | liability company; DOES 1 through 10, |
| 2 | Defendants |
| 3 | |
| 4 | Corcoran Group LLC, |
| 5 | Counterclaimant and Third-Party Plaintiff, |
| 6 | vs. |
| 7 | |
| 8 | ELI Realty Investments, LLC; Michael Mahon; Pamela Mahon; MRM Investments, LLC; AIM High Capital Partners, LLC; Libertas Funding LLC; Matek LLC; Exclusive Lifestyles SoCal, LLC; Exclusive Lifestyles San Francisco, Inc.; Exclusive Lifestyles Ohio, LLC; Exclusive Lifestyles Las Vegas, LLC; Exclusive Lifestyles Tahoe, LLC; and DOES 1 – 10 |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | Counterclaim Defendants and Third-Party Defendants. |
| 15 | |
| 16 | Libertas Funding LLC; Michael Mahon Pamela Mahon, and MRM Investments, LLC, |
| 17 | |
| 18 | Third Party Counterclaimants, |
| 19 | |
| 20 | v. |
| 21 | Corcoran Group, LLC, |
| 22 | Third Party Counterclaim Defendant. |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# PROOF OF SERVICE

STATE OF CALIFORNIA, U.S. DISTRICT COURT – CENTRAL DISTRICT

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Essex, State of New Jersey. My business address is One Newark Center, 10th Floor, Newark, NJ 07102.

On March 14, 2024, I served true copies of the following documents described as

**CORCORAN GROUP LLC'S NOTICE OF MOTION TO DISMISS AND FOR PARTIAL SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF JACQUELINE BERTET; DECLARATION OF DANIEL M. ELIADES (WITH EXHIBITS A – F); AND PROPOSED FORM OF ORDER**

on the interested parties in this action as follows:

**(X)** (BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")) – Pursuant to United States District Court, Central District of California, Local Civil Rule 5-3, the foregoing documents were served on March 13, 2024 by the court via NEF and hyperlinked to the document. On March 13, 2024, I checked the CM/ECF docket for this case and determined that the person(s) on the attached Service List are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated.

**(X)** (BY U.S. MAIL). I enclosed the document(s) in a sealed envelope or package and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of K&L Gates LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with USPS in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Newark, New Jersey.

( ) (BY E-MAIL). By scanning the document(s) and then e-mailing the resultant pdf to the e-mail address indicated above per agreement.

3

**PROOF OF SERVICE OF CORCORAN GROUP LLC'S NOTICE OF MOTION TO DISMISS AND FOR PARTIAL SUMMARY JUDGMENT**
8:22-CV-01195-JWH-ADS

1  ( ) (BY FACSIMILE). I caused the above-referenced documents to be transmitted to the noted addressee(s) at the fax number as stated. Attached to this declaration is a "TX Confirmation Report" confirming the status of transmission.

( ) STATE I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

(X) FEDERAL I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

      Executed on March 14, 2024, at Newark, New Jersey.

                    /s/ Joy M. VanDerWeert
                    Joy M. VanDerWeert

# SERVICE LIST

## BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):

Kyra E Andrassy
kandrassy@swelawfirm.com,jchung@swelawfirm.com,lgarrett@swelawfirm.com,gcruz@swelawfirm.com

Geoffrey M. Davis  - gdavis@gdavislegal.com

Jeremy W. Faith
Jeremy@MarguliesFaithlaw.com,Helen@MarguliesFaithlaw.com,Victoria@MarguliesFaithlaw.com,Angela@MarguliesFaithLaw.com

 Marc C Forsythe - mforsythe@goeforlaw.com,kmurphy@goeforlaw.com

Kevin Barnett Frankel
kfrankel@mcguirewoods.com,dmlamb@mcguirewoods.com,JTabisaura@mcguirewoods.com

Tanya Greene
tgreene@mcguirewoods.com,kghalambor@mcguirewoods.com,USDocket@mcguirewoods.com

Steven M. Hanle
shanle@stradlinglaw.com,jcrummett@stradlinglaw.com

Jonathan Peter Hersey
jonathan.hersey@klgates.com,connie-marie.pruitt@klgates.com

Damon M. Pitt
damon.pitt@klgates.com,Brandy.Young@klgates.com,Michael.Mondares@klgates.com,Litigation.Docketing@klgates.com,angelina.andrade@klgates.com,Shelley.Cossitt@klgates.com,Ashley.Russell@klgates.com

Ahmad Said Takouche
atakouche@stradlinglaw.com,kmilanowski@sycr.com

William L. Waldman
William.waldman@klgates.com

**PROOF OF SERVICE OF CORCORAN GROUP LLC'S NOTICE OF MOTION TO DISMISS AND FOR PARTIAL SUMMARY JUDGMENT**
8:22-CV-01195-JWH-ADS

| | |
|---|---|
| 1 | Jenny Yi |
| 2 | jyi@mcguirewoods.com,izabala@mcguirewoods.com,DMLamb@mcguirewoods.com,USDocket@mcguirewoods.com |

**BY U.S. MAIL:**

Marc C Forsythe
Goe Forsythe and Hodges LLP
18101 Von Karman Avenue Suite 1200
Irvine, CA 92612
(Plaintiffs' Attorney)

Steven M. Hanle
Ahmad Said Takouche
Jason H. Anderson
Stradling Yocca Carlson and Rauth LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
(Plaintiffs' Attorney)

Jeremy W. Faith
Margulies Faith LLP
16030 Ventura Boulevard, Suite 470
Encino, CA 91436
(Attorney for Receiver)

Kyra E Andrassy
Raines Feldman Littrell LLP
1900 Avenue of the Stars, 19th Floor
Los Angeles, CA 90067
(Attorney for Receiver)

Jenny Yi
Kevin Barnett Frankel
Tanya Greene
McGuire Woods LLP
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
(Attorney for Libertas Funding LLC)

**PROOF OF SERVICE OF CORCORAN GROUP LLC'S NOTICE OF MOTION TO DISMISS AND FOR PARTIAL SUMMARY JUDGMENT**
8:22-CV-01195-JWH-ADS

**BY FEDERAL EXPRESS OVERNIGHT MAIL:**

The Honorable John W. Holcomb
Ronald Reagan Federal Building and U.S. Courthouse
411 W. 4th Street
Courtroom 9D, 9th Floor
Santa Ana, California 92701-4516

PROOF OF SERVICE OF CORCORAN GROUP LLC'S NOTICE OF MOTION TO DISMISS AND FOR PARTIAL SUMMARY JUDGMENT
8:22-CV-01195-JWH-ADS