# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI REALTY INVESTMENTS, LLC, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>CORCORAN GROUP, LLC, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>8:22–cv–01195–JWH–ADS<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:    3/13/2024

Document No.:    152

Title of Document:    NOTICE OF MOTION AND MOTION to Dismiss Case and, NOTICE OF MOTION AND MOTION for Partial Summary Judgment

**ERROR(S) WITH DOCUMENT:**

Failure to comply with the Standing Order. Incorrect font size.

Other:

Note:   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: March 15, 2024         By:  /s/ Yvette Louis  yvette_louis@cacd.uscourts.gov
                                             Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(01/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS