# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI Realty Investments, LLC et al <br><br> v. <br><br> Corcoran Group, LLC et al <br><br> PLAINTIFF(S) <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 8:22-cv-01195-JWH-ADS <br><br> ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 3/13/2024 | 152 | MOTION to Dismiss Case and Summary Judgment |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- [✓] The document is stricken
- [ ] The hearing date has been rescheduled to _____ at _____.
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [✓] Other:

Filer also failed to comply with the Court's Standing Order [ECF No. 10] regarding the procedures for motions for summary judgment. On its own motion, the Court SETS a Status Conference on Wednesday, March 20, 2024, at 9:00 a.m. The parties are DIRECTED to appear in person in Courtroom 9D, on the 9th Floor of the Ronald Reagan Federal Building and United States Courthouse at 411 W. Fourth Street Santa Ana, CA 92701. IT IS SO ORDERED.

Dated: 3/15/2024

By: _____
U.S. District Judge, John W. Holcomb