UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | |
|---|---|
| Case No. 8:22-cv-01195-JWH(ADSx) | Date April 5, 2024 |
| Title *ELI Realty Investments, LLC, et al v. Corcoran Group, LLC, et al* | |

Present: The Honorable **JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE**

| Clarissa Lara | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE AS TO WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO APPEAR AT APRIL 5, 2024, STATUS CONFERENCE**

On March 15, 2024, the Court entered a Response by the Court to Notice to Filer of Deficiencies in Filed Document [ECF No. 155] in which, among other relief, the Court **DIRECTED** the parties to appear for a Status Conference on March 20, 2024, at 9:00 a.m. On March 18, 2024, the Court entered a Scheduling Notice and Order [ECF No. 156] that **CONTINUED** the Status Conference to April 5, 2024, at 11:00 a.m. On April 5, 2024, attorney Daniel M. Eliades, counsel for Defendant Corcoran Group, LLC, failed to appear in court at the Status Conference. Accordingly, the Court **ORDERS** Mr. Eliades to **SHOW CAUSE** why he should not be sanctioned in the amount of $500 for failure to appear at the Court-ordered Status Conference.

Ms. Eliades is required to respond in writing to this Order to Show Cause on or before May 17, 2024. His failure to respond, or an unsatisfactory response, may result in the imposition of sanctions against counsel.

The Court **SETS** a hearing on this Order to Show Cause for May 31, 2024, at 9:00 a.m., in-person.

**IT IS SO ORDERED.**