| | |
|---|---|
| 1 | STEVEN M. HANLE, SBN 168876 |
| 2 | shanle@stradlinglaw.com<br>JASON H. ANDERSON, SBN 172087 |
| 3 | janderson@stradlinglaw.com<br>AHMAD S. TAKOUCHE, SBN 322911 |
| 4 | atakouche@stradlinglaw.com<br>STRADLING YOCCA CARLSON & RAUTH |
| 5 | A Professional Corporation<br>660 Newport Center Drive, Suite 1600 |
| 6 | Newport Beach, CA 92660-6422<br>Telephone:  949 725 4000 |
| 7 | Facsimile:  949 725 4100 |
| 8 | Attorneys for Plaintiffs, |
| 9 | Counterclaim Defendants and Third Party Defendants<br>ELI Realty Investments, LLC; Michael Mahon; |
| 10 | Pamela Mahon; MRM Investments, LLC; Matek LLC;<br>AIM High Capital Partners, LLC; Exclusive Lifestyles SoCal, LLC; |
| 11 | Exclusive Lifestyles San Francisco, Inc.; Exclusive Lifestyles Ohio, LLC;<br>Exclusive Lifestyles Las Vegas, LLC; Exclusive Lifestyles Tahoe, LLC |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELI Realty Investments, LLC, a Nevada limited liability company; Exclusive Lifestyles SoCal, LLC, a California limited liability company; Exclusive Lifestyles San Francisco, Inc., a California corporation; Exclusive Lifestyles Ohio, LLC, an Ohio limited liability company; and Exclusive Lifestyles Las Vegas, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>Corcoran Group, LLC, a Delaware limited liability company; DOES 1 through 10,<br><br>Defendants. | CASE NO. 8:22-cv-01195-JWH-ADS<br><br>Hon. John W. Holcomb<br><br>**DECLARATION OF STEVEN M. HANLE IN SUPPORT OF STRADLING'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR CERTAIN PARTIES**<br><br>Hearing Date:  May 24, 2024<br>Time:  9:00 a.m.<br>Courtroom:  9D<br><br>Complaint Filed:  June 21, 2022 |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

4888-7665-1705v1/107283-0001

| | |
|---|---|
| 1 | Corcoran Group LLC, |
| 2 |     Counterclaimant and Third Party Plaintiff, |
| 3 | |
| 4 | vs. |
| 5 | ELI Realty Investments, LLC; Michael Mahon; Pamela Mahon; MRM Investments, LLC; AIM High Capital Partners, LLC; Libertas Funding LLC; Matek LLC; Exclusive Lifestyles SoCal, LLC; Exclusive Lifestyles San Francisco, Inc.; Exclusive Lifestyles Ohio, LLC; Exclusive Lifestyles Las Vegas, LLC; Exclusive Lifestyles Tahoe, LLC; and DOES 1 – 10, |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 |     Counterclaim Defendants and Third Party Defendants. |
| 13 | |

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stradling Yocca
Carlson & Rauth
Lawyers
Newport Beach

DECLARATION OF STEVEN M. HANLE

4888-7665-1705v1/107283-0001

I, Steven M. Hanle, hereby declare as follows:

1. I am an attorney at law licensed to practice in the state of California. I am a Partner with the law firm of Stradling, Yocca, Carlson and Rauth ("Stradling"), counsel of record for ELI Realty Investments, LLC ("ELI Realty"), Exclusive Lifestyles SoCal, LLC, Exclusive Lifestyles San Francisco, Inc., Exclusive Lifestyles Ohio, LLC, Exclusive Lifestyles Las Vegas, LLC, Exclusive Lifestyles Tahoe, LLC, and Aim High Capital Partners, LLC (collectively with ELI Realty, the "ELI Entities"). I submit this declaration based on my personal knowledge in support of Stradling's Motion to Withdraw. If called upon as a witness, I could competently testify to the truth of each statement herein.

2. ELI Realty and the other ELI Entities retained Stradling to provide litigation services related to franchise and other disputes with Corcoran Group LLC. At the time of being engaged, Michael Mahon was the officer or member of the ELI Entities believed to have authority to direct Stradling's representation.

3. A receiver was appointed and remains in control of all assets and authority on behalf of ELI Realty. (Dkt. 113.) The other ELI Entities are now insolvent, are no longer conducting business in any fashion, and are without sufficient assets to fund the prosecution or defense of the litigation. Mr. Mahon has gone through a personal bankruptcy and does not believe he retains authority to make decisions or provide directions to Stradling on behalf of the ELI Entities regarding their claims or defenses.

4. Additionally, the ELI Entities are in substantial arrears for fees incurred in prosecuting and defending this matter, and are unable to pay those or future fees.

5. On April 18, 2024, I wrote to Mr. Mahon, the last known person of authority on behalf of the ELI Entities, via email, advising the ELI Entities that Stradling was moving to withdraw, and seeking the ELI Entities' approval to withdraw. I also advised Mr. Mahon that Stradling would be filing a motion to

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-
DECLARATION OF STEVEN M. HANLE
4888-7665-1705v1/107283-0001

withdraw, and should the Court grant the motion, the ELI Entities would need to substitute counsel or else face significant consequences, including having a judgment entered against them. Mr. Mahon confirmed his receipt of this correspondence, and noted "I do not believe I am in a capacity to approve nor object to your firm['s] withdraw[al], but simply acknowledge receipt within context of what you described in the communication."

6. On April 19, I confirmed earlier communications with Corcoran that Stradling intended to withdraw from representation of the ELI Entities. On April 25, 2024, Corcoran's counsel responded that, as to Aim High, Corcoran "has no position other than to note that same would leave the entity without counsel only a few months before the trial date." Attached hereto as Exhibit 1 is a true and correct copy of this correspondence, redacted to remove discussion not relevant to the substance of this motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 26, 2024.

/s/ *Steven M. Hanle*
Steven M. Hanle

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-
DECLARATION OF STEVEN M. HANLE
4888-7665-1705v1/107283-0001