UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:22-cv-01195-JWH(ADSx) | Date | May 31, 2024 |
| Title | ELI Realty Investments, LLC, et al. v. Corcoran Group, LLC, et al. | | |

| | |
|---|---|
| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |
| Clarissa Lara | Debbie Hino-Spaan |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s):<br>Steven M. Hanle<br>Ahmad S. Takouche<br>Marc C. Forsythe | Attorney(s) Present for Defendant(s):<br>Daniel M. Eliades<br>Kyra E. Andrassy (for Receiver) |

**Proceedings:** **HEARING RE: CORCRAN GROUP LLC'S MOTION TO DISMISS AND FOR PARTIAL SUMMARY JUDGMENT [152]; STRADLING'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF [160]**

Counsel state their appearances. For the reasons stated on the record, the Court hereby **ORDERS** as follows:

1. The Motion of Defendant Corcoran Group LLC for Summary Judgment and to Dismiss [ECF No. 152] is **GRANTED.**

2. Corcoran is **DIRECTED** to lodge no later than June 14, 2024, a Proposed Order and Judgment to effectuate the Court's ruling.

3. The motion of attorneys Steven M. Hanle, Jason H. Anderson, and Ahmad S. Takouche—counsel of record for Plaintiff ELI Realty Investments, LLC and related entities—to withdraw [ECF No. 160] is **GRANTED.**

Time:  00:19
Initials of Preparer: cla

    4.    On the Court's own motion, the hearing on Motions *in Limine* and the Final Pretrial Conference are **CONTINUED** to September 26, 2024, at 1:00 p.m., and the Jury Trial is **CONTINUED** to October 21, 2024, at 9:00 a.m.

    **IT IS SO ORDERED.**

Time:   00:19
Initials of Preparer: cla