JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI Realty Investments, LLC, a Nevada limited liability company; Exclusive Lifestyles SoCal, LLC, a California limited liability company; Exclusive Lifestyles San Francisco, Inc., a California corporation; Exclusive Lifestyles Ohio, LLC, an Ohio limited liability company; and Exclusive Lifestyles Las Vegas, LLC, a Nevada limited Liability company,<br><br>            Plaintiff,<br><br>  v.<br><br>Corcoran Group LLC, a Delaware limited liability company; DOES 1 through 10,<br><br>            Defendant.<br>_____<br>Corcoran Group LLC<br><br>            Counterclaimant and Third-Party Plaintiff,<br><br>  v.<br><br>ELI Realty Investments, LLC; Michael Mahon; Pamela Mahon; MRM Investments, LLC; AIM High Capital Partners, LLC; Libertas Funding LLC; Matek LLC; Exclusive Lifestyles SoCal, LLC; Exclusive Lifestyles San Francisco, Inc.; Exclusive Lifestyles Ohio, LLC; | Case No. 8:22-cv-01195-JWH-ADS<br><br>**ORDER GRANTING MOTION TO DISMISS AND FOR PARTIAL SUMMARY JUDGMENT; AND JUDGMENT**<br><br>Hon. John W. Holcomb |

| | |
|---|---|
| 1 | Exclusive Lifestyles Las Vegas, LLC; Exclusive Lifestyles Tahoe, LLC; and DOES 1 - 10 |
| 2 | |
| 3 |           Counterclaim and Third-Party Defendants. |
| 4 | |
| 5 | |
| 6 | Libertas Funding LLC; Michael Mahon Pamela Mahon, and MRM Investments, LLC, |
| 7 | |
| 8 |           Third-Party Counterclaimants, |
| 9 |    v. |
| 10 | Corcoran Group, LLC, |
| 11 |           Third-Party Counterdefendant. |

1  This matter having been presented to the Court upon the Motion of Corcoran Group LLC ("Corcoran") for, among other things, (i) dismissal of the claims of Exclusive Lifestyles SoCal, LLC, Exclusive Lifestyles San Francisco, Inc., Exclusive Lifestyles Ohio, LLC, and Exclusive Lifestyles Las Vegas, LLC, against Corcoran pursuant to Fed. R. Civ. P. 41(b) and L.R. 41-1; and (ii) partial summary judgment against Exclusive Lifestyles SoCal, LLC, Exclusive Lifestyles San Francisco, Inc., Exclusive Lifestyles Ohio, LLC, Exclusive Lifestyles Las Vegas, LLC and Exclusive Lifestyles Tahoe, LLC (collectively, the "JV Franchisees") pursuant to Rule 56 of the Federal Rules of Civil Procedure and L.R. 56-1 (the "Motion"); sufficient notice of the Motion having been provided; the Court having reviewed Corcoran's Motion and reply papers, if any, and any opposition filed to the Motion; the Court having considered the arguments of counsel; for the reasons set forth on the record in this action on May 31, 2024; and for good cause shown;

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The Motion is **GRANTED**.

2. All claims and counterclaims of any nature that are or that could have been raised in this action by JV Franchisees against Corcoran are hereby **DISMISSED with prejudice**, including but not limited to all claims raised by or on behalf of JV Franchisees in counts Twenty-Four, Twenty-Five, Twenty-Seven, Twenty-Nine, Thirty, Thirty-Two, Thirty-Four, Thirty-Five, Thirty-Seven, Thirty-Nine, Forty, Forty-Two, Forty-Four, and Forty-Five of the Complaint.

3. **JUDGMENT** is hereby **ENTERED** in **FAVOR** of Corcoran Group LLC and **AGAINST** Exclusive Lifestyles SoCal, LLC on Count Thirty of the Amended Third-Party Complaint (as defined in the R. 56 Statement) in the amount of:

(a) **$1,298,066** for outstanding Royalty Fees, Brand Marketing Fund contributions, and other amounts due under the applicable franchise agreement as of October 31, 2022, plus interest on the foregoing amount at

the annual rate of 18% from December 2, 2022, through and including the date of this judgment;

  (b) **$6,310,686** for liquidated damages due under the applicable franchise agreement;

  (c) attorney fees, if any, awarded by subsequent order of this Court; and

  *(d)* lawful interest from the date hereof.

4. **JUDGMENT** is hereby **ENTERED** in **FAVOR** of Corcoran Group LLC and **AGAINST** Exclusive Lifestyles San Francisco, Inc. on Count Twenty-Five of the Amended Third-Party Complaint (as defined in the R. 56 Statement) in the amount of:

  (a) **$1,703,699** for outstanding Royalty Fees, Brand Marketing Fund contributions, and other amounts due under the applicable franchise agreement as of October 31, 2022, plus interest on the foregoing amount at the annual rate of 18% from December 2, 2022, through and including the date of this judgment;

  (b) **$976,185** for liquidated damages due under the applicable franchise agreement;

  (c) attorney fees, if any, awarded by subsequent order of this Court; and

  *(d)* lawful interest from the date hereof.

5. Judgment is hereby **ENTERED** in **FAVOR** of Corcoran Group LLC and **AGAINST** Exclusive Lifestyles Ohio, LLC on Count Thirty-Five of the Amended Third-Party Complaint (as defined in the R. 56 Statement) in the amount of:

  (a) **$383,993** for outstanding Royalty Fees, Brand Marketing Fund contributions, and other amounts due under the applicable franchise agreement as of October 31, 2022, plus interest on the foregoing amount at

the annual rate of 18% from December 2, 2022, through and including the date of this judgment;

  (b) **$1,631,189** for liquidated damages due under the applicable franchise agreement;

  (c) attorney fees, if any, awarded by subsequent order of this Court; and

  *(d)* lawful interest from the date hereof.

6. Judgment is hereby **ENTERED** in **FAVOR** of Corcoran Group LLC and **AGAINST** Exclusive Lifestyles Las Vegas, LLC on Count Forty of the Amended Third-Party Complaint (as defined in the R. 56 Statement) in the amount of:

  (a) **$447,270** for outstanding Royalty Fees, Brand Marketing Fund contributions, and other amounts due under the applicable franchise agreement as of October 31, 2022, plus interest on the foregoing amount at the annual rate of 18% from December 2, 2022, through and including the date of this judgment;

  (b) **$1,255,108** for liquidated damages due under the applicable franchise agreement;

  (c) attorney fees, if any, awarded by subsequent order of this Court; and

  *(d)* lawful interest from the date hereof.

7. Judgment is hereby **ENTERED** in **FAVOR** of Corcoran Group LLC and **AGAINST** Exclusive Lifestyles Tahoe, LLC on Count Forty-Five of the Amended Third-Party Complaint (as defined in the R. 56 Statement) in the amount of:

  (a) **$3,834,426** for liquidated damages due under the applicable franchise agreement;

  (b) attorney fees, if any, awarded by subsequent order of this Court; and

  *(c)* lawful interest from the date hereof.

8. On or before June 20, 2024, each of the JV Franchisees shall provide Corcoran, in care of its counsel in this action, with separate written accountings including the following:

    (a) a complete inventory of all listings and pending transactions of the Joint Venture Franchisee as of November 21, 2022 (each a "<u>Listing and Pending Report</u>"); and

    *(b)* the identity, location, and/or disposition of the items listed in the Listing and Pending Report, as well as any other Corcoran-Exclusive San Francisco Collateral, Corcoran-Exclusive SoCal Collateral, Corcoran-Exclusive Las Vegas Collateral, Corcoran-Exclusive Tahoe Collateral, and Corcoran-Exclusive Ohio Collateral (all as defined in the Motion), as of and subsequent to November 21, 2022.

9. Corcoran may file a motion and accompanying evidence supporting its request for reasonable attorneys' fees and costs on or before July 5, 2024.

10. Except for the claims that are the subject of the judgments reflected above, all other claims and counterclaims raised in this action by Corcoran against the JV Franchisees are hereby **DISMISSED without prejudice** and **without an award of costs**.

**IT IS SO ORDERED.**

Dated: June 4, 2024

HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE