UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ELI Realty Investments, LLC, a Nevada limited liability company; Exclusive Lifestyles SoCal, LLC, a California limited liability company; Exclusive Lifestyles San Francisco, Inc., a California corporation; Exclusive Lifestyles Ohio, LLC, an Ohio limited liability company; and Exclusive Lifestyles Las Vegas, LLC, a Nevada limited Liability company,

Plaintiff,

v.

Corcoran Group LLC, a Delaware limited liability company; DOES 1 through 10,

Defendant.

Corcoran Group LLC

Counter claimant and Third Party Plaintiff,

v.

ELI Realty Investments, LLC; Michael Mahon; Pamela Mahon; MRM Investments, LLC; AIM High Capital Partners, LLC; Libertas Funding LLC; Matek LLC; Exclusive Lifestyles SoCal, LLC; Exclusive Lifestyles San Francisco, Inc.; Exclusive Lifestyles Ohio, LLC; Exclusive Lifestyles Las Vegas, LLC;

Case No. 8:22-CV-01195-JWH-ADS

Hon. John W. Holcomb

**ORDER GRANTING STIPULATION OF DISMISSAL**

Exclusive Lifestyles Tahoe, LLC; and DOES 1 – 10,

Counterclaim and Third-Party Defendants.

Libertas Funding LLC; Michael Mahon Pamela Mahon, and MRM Investments, LLC,

Third-Party Counterclaimants,

v.

Corcoran Group, LLC,

Third-Party Counterclaim Defendant.

Based upon the Stipulation Regarding the Dismissal of All Claims Between Corcoran Group, LLC ("Corcoran") and Matek LLC ("Matek"), filed by the parties to the above-captioned action on July 10, 2024, and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that all claims of any nature made by Corcoran against Matek in this action and any claims of any nature made by Matek against Corcoran in this action are **DISMISSED without prejudice** and without an award of fees or costs to either party.

**IT IS SO ORDERED.**

Dated: July 10, 2024

HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE